Dariush G. Adli (SBN 204959)
adli@adlilaw.com
Raymond K. Chan (SBN 220534)
raymond.chan@adlilaw.com
Tawen Chang (SBN 215512)
tawen.chang@adlilaw.com
Rasheed McWilliams (SBN 281832)
rasheed.mcwilliams@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 5880
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Plaintiff Kaneka Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation,<br><br>Defendants. | Case No. CV 11-02389 PA (SSx)<br><br>**JOINT STATUS REPORT ON RELATED PROCEEDING BEFORE THE INTERNATIONAL TRADE COMMISSION** |

The parties respectfully submit this joint status report on the related proceeding pending before the International Trade Commission ("ITC") between the parties, Investigation No. 337-TA-790.

The ITC Investigation is still pending.  The fact discovery cutoff was March 26, 2012.  The parties exchanged initial expert reports on April 7, 2012, and their rebuttal expert reports are due on April 21, 2012.  The deadline for filing motions for summary adjudication is May 9, 2012.

The Investigation is currently set for trial on July 9, 2012, with an initial determination due on August 20, 2012, and a target date of December 18, 2012 for the completion of the Investigation.

Maypro Industries, Inc. is no longer a party to the Investigation.

Pursuant to the Procedural Schedule, the parties have participated in two settlement conferences by telephone, but have not reached any settlement of either the ITC Investigation or the present action.  A third settlement conference is set to be completed by May 21, 2012.

Respectfully submitted,

Dated:  April 13, 2012

**ADLI LAW GROUP P.C.**
/s/ Dariush G. Adli
Dariush G. Adli
Raymond K. Chan
Tawen Chang
Rasheed McWilliams

Date:  April 13, 2012

**AGILITY IP LAW**
/s/   James C. Otteson
James C. Otteson

|   |   |
|---|---|
|   | Counsel for Respondents Xiamen Kingdomway Group Company and Pacific Rainbow International Inc. |
| Date:  April 13, 2012 | **K&L GATES LLP**<br>/s/ Jas Dhillon<br>Jas Dhillon<br>Counsel for Respondent<br>Shenzhou Biology and Technology Co., Ltd. |
| Date:  April 13, 2012 | **FISH & RICHARDSON P.C.**<br>/s/John Pegram<br>John Pegram<br>Counsel for Respondent Mitsubishi Gas Chemical Company, Inc. and Mitsubishi Gas Chemical America, Inc. |
| Date:  April 13, 2012 | **KEANE & BEANE P.C.**<br>  /s/Donna Frosco<br>Donna Frosco<br>Counsel for Respondent Maypro Industries, Inc. |