Name and address:
Benjamin C. Deming (SBN 233687)
DNL ZITO
355 S. Grand, Suite 2450
Los Angeles, CA 90071

FILED
2013 MAR -8 PM 12: 48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEKA CORPORATION <br><br> Plaintiff(s) <br><br> v. <br><br> ZHEJIAN MEDICINE CO., LTD., et al <br><br> Defendant(s). | CASE NUMBER <br><br> CV 11-02389 MRP (SSx) <br><br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Robert M. Bowick, Jr._____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Kaneka Corporation_____ by whom I have been retained.

My business information is:
Raley & Bowick LLP
_____
*Firm Name*

1800 Augusta Dr, 300
_____
*Street Address*

Houston, TX 77057                 rbowick@raleybowick.com
_____        _____
*City, State, Zip*                              *E-Mail Address*

713-429-8050                            713-429-8045
_____        _____
*Telephone Number*                        *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| See Attached List | |
| | |
| | |
| | |

PAID
MAR 8 2013
Clerk, US District Court
COURT 4612

G-64 (11/11)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE     PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:  N/A

I designate  Benjamin C. Deming  as local counsel, whose business information is as follows:

DNL Zito
*Firm Name*

355 S. Grand, Suite 2450
*Street Address*

Los Angeles, CA 90071                              bdeming@dnlzito.com
*City, State, Zip*                                         *E-Mail Address*

213-394-9127                                               213-402-2476
*Telephone Number*                                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  March 6, 2013

Robert M. Bowick
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  March 6, 2013

Benjamin C. Deming
*Designee's Name (please print)*

*Designee's Signature*

233687
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# KANEKA CORPORATION V. ZHEJIANG MEDICINE CO., LTD.
## CASE NO. CV 11-02389 MRP (SSx)

## ATTACHMENT

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

| Title of Court | Date of Admission |
| --- | --- |
| U.S. District Court for the Eastern District of Texas | 02/13/04 |
| U.S. District Court for the Southern District of Texas | 08/10/01 |
| U.S. District Court for the Western District of Texas | 06/29/07 |
| U.S. District Court for the District of Colorado | 01/09/04 |
| U.S. Court of Appeals 5th Circuit | 09/25/12 |
| U.S. Court of Appeals for the Federal Circuit | 02/05/05 |
| U.S. Supreme Court | 09/12/05 |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 12, 2013

Re:  Robert McGee Bowick Jr., State Bar Number 24029932

To Whom It May Concern:

This is to certify that Mr. Robert McGee Bowick Jr. was licensed to practice law in Texas on April 5, 2001, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Bowick's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

Name & Address:
Benjamin C Deming (SBN: 233687)
DNL ZITO
355 S. Grand, Suite 2450
Los Angels, CA 90071

bdeming@dnlzito.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kaneka Corporation

Plaintiff(s)

v.

Zhejian Medicine Co., Ltd.

Defendant(s).

CASE NUMBER:

CV 11-02389 MRP (SSx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Robert M. Bowick, Jr.</u>, of <u>Raley & Bowick, LLP, 1800 Augusta Dr., Suite 300, Houston, TX 77057</u>
    *Applicant's Name*                                                    *Firm Name / Address*

<u>713-429-8050</u>                                                rbowick@raleybowick.com
  *Telephone Number*                                             *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff    ☐ Defendant

☐ Intervener or other interested person _____

and the designation of <u>Benjamin C. Deming, California Bar No. 233687</u>
                                *Local Counsel Designee /State Bar Number*

of <u>DNL Zito, 355 S. Grand, Suite 2450, Los Angeles, CA 90071</u>
                           *Local Counsel Firm / Address*

<u>213-400-3344</u>                                                 bdeming@dnlzito.com
  *Telephone Number*                                             *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                             _____
                                                                  U. S. District Judge/U.S. Magistrate Judge

COURTS/USDC-CA
312 N SPRING ST
LOS ANGELES, CA 90012

TERMINAL I.D.:        13400001
MERCHANT #:      000000000847186

MC
SALE
BATCH: 001112        INVOICE: 000004

DATE: MAR 08, 13       TIME: 12:52
RRH: 000103994663    AUTH NO: 36267P
************2930

TOTAL            $325.00

BENJAMIN C DEMING
213-894-3648

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA065661
Cashier ID: jacash
Transaction Date: 03/08/2013
Payer Name: BENJAMIN C DEMING
-----------------------------------
PRO HAC VICE
 For: 211CV2389 ROBERT M. BOWICK JR
 Case/Party: D-CAC-2-13-AT-002013-001
 Amount:        $325.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $325.00
-----------------------------------
Total Due:       $325.00
Total Tendered: $325.00
Change Amt:       $0.00

211CV2389 ROBERT M. BOWICK JR.
RALEY & BOWICK LLP, 1800 AUGUSTA
DR. 300, HOUSTON, TX 77057


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```