Name & Address:
Benjamin C Deming (SBN: 233687)
DNL ZITO
355 S. Grand, Suite 2450
Los Angels, CA 90071

bdeming@dnlzito.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kaneka Corporation

Plaintiff(s)

v.

Zhejian Medicine Co., Ltd.

Defendant(s).

CASE NUMBER:

CV 11-02389 MRP (SSx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Robert M. Bowick, Jr.__ , of __Raley & Bowick, LLP, 1800 Augusta Dr., Suite 300, Houston, TX 77057__
    *Applicant's Name*                        *Firm Name / Address*

__713-429-8050__                              __rbowick@raleybowick.com__
  *Telephone Number*                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant
☐ Intervener or other interested person _____

and the designation of __Benjamin C. Deming, California Bar No. 233687__
                        *Local Counsel Designee /State Bar Number*

of __DNL Zito, 355 S. Grand, Suite 2450, Los Angeles, CA 90071__
    *Local Counsel Firm / Address*

__213-400-3344__                              __bdeming@dnlzito.com__
  *Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  March 20, 2013                         _/s/ [signature]_
                                              U. S. District Judge/U.S. Magistrate Judge