Xiang Long (SBN 246629)
Email: xlong@meimark.com
MEI & MARK LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 x709
Facsimile:  310-564-2769

Attorney for Defendants
Xiamen Kingdomway Group Company and
Pacific Rainbow International Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>          Plaintiff,<br>     v.<br><br>ZHEJIANG MEDICINE CO., LTD., a Chinese corporation, ZMC-USA, L.L.C., a Texas corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese corporation, MAYPRO INDUSTRIES, INC., a New York corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese corporation,<br><br>          Defendants. | Case No.: 2:11-cv-02389-MRP-SS<br><br>**NOTICE OF APPEARANCE**<br><br>[DEMAND FOR JURY TRIAL] |

- 2 -

Notice is hereby given of the entry of the attorney listed below as counsel for Defendants Xiamen Kingdomway Group Company and Pacific Rainbow International Inc. in the above-referenced matter:

> Xiang Long (SBN 246629)
> Email: xlong@meimark.com
> MEI & MARK LLP
> 433 North Camden Drive, Suite 400
> Beverly Hills, CA 90210
> Telephone: 888-860-5678 x709
> Facsimile:  310-564-2769

Dated: May 3, 2013        MEI & MARK LLP

/s/ Xiang Long
_____
Xiang Long (SBN 246629)
Email: xlong@meimark.com
MEI & MARK LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 x709
Facsimile:  310-564-2769

*Attorney for Defendants*
*Xiamen Kingdomway Group Company and*
*Pacific Rainbow International Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF APPEARANCE** was filed electronically, and pursuant to Civil L.R. 5-3.3, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on May 3, 2013.

/s/  Xiang Long
_____
Xiang Long