| | |
|---|---|
| Victor L. George, State Bar No. 110504 | Robert M. Bowick Jr. |
| Wayne C. Smith,  State Bar No. 122535 | RALEY & BOWICK, LLP |
| LAW OFFICES OF VICTOR L. GEORGE | 1800 Augusta Drive, STE 300 |
| 20355 Hawthorne Blvd., First Floor | Houston, Texas 77057 |
| Torrance, CA 90503 | Tel: (713) 429-8050 |
| Tel: (310) 698-0990 | Fax: (713) 429-8045 |
| Fax: (310) 698-0995 | E-mail: rbowick@raleybowick.com |
| E-mail: vgeorge@vgeorgelaw.com | |
|          wsmith@vgeorgelaw.com | |

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

------------------------------------------------------------x
KANEKA CORPORATION, a Japanese     :
corporation,                                                      :
                                                                         :
                              Plaintiff,              :     **Case No. CV 11-02389 MRP (SSx)**
                                                                         :
                   -*v*-                                         :     **NOTICE OF SETTLEMENT**
                                                                         :
                                                                         :     **(Kaneka with MGC)**
XIAMEN KINGDOMWAY GROUP        :
COMPANY, a Chinese Corporation, PACIFIC :
RAINBOW INTERNATIONAL INC.,  a   :     **Judge: Hon. Mariana R. Pfaelzer**
California Corporation, MITSUBISHI GAS  :
CHEMICAL COMPANY, INC., a Japanese :
Corporation, MAYPRO INDUSTRIES, INC., a :
New York Corporation, and SHENZHOU :
BIOLOGY & TECHNOLOGY CO., LTD., a :
Chinese Corporation                               :
                                                                         :
                              Defendants.       :
------------------------------------------------------------x

7199325.2

Please take notice that plaintiff Kaneka Corporation ("Kaneka") and defendant Mitsubishi Gas Chemical Co., Ltd. ("MGC") have agreed to settle this matter. Settlement documents have been exchanged, agreement has been reached on all substantive issues, and counsel for Kaneka and MGC expect that the settlement documents will be fully executed and a stipulation of dismissal will be filed within the next 30 days.  The delay is due to the need to have the settlement documents approved and executed in Japan, and current holidays in Japan.

MGC requests, with the consent of Kaneka, that their attorneys be excused from attending the status conference now scheduled to take place on May 7, 2013.

Dated: May 3, 2013

Respectfully Submitted,

/s/ Victor L. George
/s/Wayne C. Smith
Victor L. George and Wayne C. Smith,
Law Offices of Victor L. George
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
        wsmith@vgeorgelaw.com

/s/ Keith D. Nowak
Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

2

7199325.2

|   |   |
|---|---|
|   | /s/ Robert M. Bowick Jr. |
|   | Robert M. Bowick Jr.<br>RALEY & BOWICK, LLP<br>1800 Augusta Drive, STE 300<br>Houston, Texas 77057<br>Tel: (713) 429-8050<br>Fax: (713) 429-8045<br>E-mail: rbowick@raleybowick.com |
|   | *Counsel for KANEKA CORPORATION* |
| Dated:  May 3, 2013 | /s/ John B. Pegram |
|   | John B. Pegram<br>FISH & RICHARDSON P.C.<br>601 Lexington Avenue, 52nd. Floor<br>New York, NY 10022<br>212-258-2291<br>Fax: 212- 258-2291<br>Email: pegram@fr.com |
|   | *Counsel for Mitsubishi Gas Chemical Company, Inc.* |

7199325.2

**CERTIFICATE OF SERVICE**

It is certified that on the 3rd of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.  A true and correct copy will be sent this date to Edward F. Beane, Keane & Beane, P.C., Counsel for Maypro Industries, Inc.

    LAW OFFICES OF VICTOR L. GEORGE
    By: /s/ Victor L. George
    By: /s/ Wayne C. Smith
    Victor L. George, Esq.
    Wayne C. Smith,  Esq.
    20355 Hawthorne Blvd., First Floor
    Torrance, CA 90503
    Tel: (310) 698-0990
    Fax: (310) 698-0995

    CARTER LEDYARD & MILBURN, LLP
    By: /s/  Keith D. Nowak
    Keith D. Nowak, Esq.
    2 Wall Street
    New York, NY 10005
    Tel:  (212) 732-3200
    Fax:  (212) 732-3232

    RALEY & BOWICK, LLP
    /s/ Robert M. Bowick Jr.
    Robert M. Bowick Jr.
    1800 Augusta Drive, STE 300
    Houston, Texas 77057
    Tel: (713) 429-8050
    Fax: (713) 429-8045
    E-mail: rbowick@raleybowick.com

    *Counsel  for Kaneka Corporation*

7199325.2