Victor L. George, State Bar No. 110504
Wayne C. Smith,  State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
            wsmith@vgeorgelaw.com

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation, | |
| Plaintiff, | **Case No. CV 11-02389 MRP (SSx)** |
| -*v*- | **JOINT MOTION TO ENTER SCHEDULING ORDER** |
| XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC.,  a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation | **Date: May 7, 2013**<br>**Time: 1:30 pm**<br>**CTM: 12**<br>**Judge: Hon. Mariana R. Pfaelzer** |
| Defendants. | |

1  Plaintiff Kaneka Corporation ("Kaneka") and Defendants Xiamen Kingdomway Group
2  Company ("XKGC"), Pacific Rainbow International Inc. ("PRI"), Mitsubishi Gas Chemical
3  Company, Inc. ("MGC"), Maypro Industries, Inc. ("Maypro"), and Shenzhou Biology &
4  Technology Co., Ltd. ("Shenzhou"), respectfully move this Court to enter the attached Agreed
5  Scheduling Order to reflect the parties' respective deadlines through the trial of this case.
6  WHEREFORE, the Parties respectfully request that this Court enter the attached
7  SCHEDULING ORDER.

Respectfully Submitted,

Date: May 3, 2013

 /s/ Victor L. George
 /s/Wayne C. Smith
Victor L. George and Wayne C. Smith,
Law Offices of Victor L. George
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
            wsmith@vgeorgelaw.com

 /s/ Keith D. Nowak
Keith D. Nowak, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

By: */s/ Robert M. Bowick*
Robert M. Bowick
RALEY & BOWICK, LLP
1800 Augusta Dr., Suite 300
Houston, TX 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
Email: rbowick@raleybowick.com

**Counsel for KANEKA CORPORATION**

| | |
|---|---|
| Date: May 3, 2013 | Mei & Mark LLP |
| | /s/ Reece Nienstadt |
| | Reece Nienstadt |
| | 818 18th. Street NW, Suite 410 |
| | Washington, DC 20006 |
| | Tel: 888-860-5678 x710 |
| | Fax: 888-706-1173 |
| | Email: rnienstadt@meimark.com |
| | **Counsel for Xiamen Kingdomway Group Company and Pacific Rainbow International Inc.** |
| Date: May 3, 2013 | K&L Gates LLP |
| | /s/ Timothy P. Walker |
| | Timothy P. Walker |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | 415-882-8200 |
| | Fax:415-882-8202 |
| | Email: timothy.walket@klgates.com |
| | **Counsel for Shenzhou Biology Technology Co. Ltd.** |
| Date: May 3, 2013 | Fish & Richardson P.C. |
| | /s/ John B. Pegram |
| | John B. Pegram |
| | 601 Lexington Avenue, 52"d. Floor |
| | New York, NY 10022 |
| | 212-258-2291 |
| | Fax: 212- 258-2291 |
| | Email: pegram@fr.com |
| | **Counsel for Mitsubishi Gas Chemical Company, Inc.** |

1  Date: May 3, 2013                                    Keane & Beane, P.C.

2                                                        /s/ Edward F. Beane 
                                                        Edward F. Beane
3                                                       445 Hamilton Avenue
4                                                       White Plains, NY 10601
                                                        914-946-4777
5                                                       Fax:914-946-6868
                                                        Email: ebeane@kblaw.com
6
7                                                       **Counsel for Maypro Industries, Inc.**

4

**CERTIFICATE OF SERVICE**

     It is certified that on the 3rd of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.  A true and correct copy will be sent this date to Edward F. Beane, Keane & Beane, P.C., Counsel for Maypro Industries, Inc.

LAW OFFICES OF VICTOR L. GEORGE

By: */s/ Victor L. George*
By: */s/ Wayne C. Smith*
Victor L. George, Esq.
Wayne C. Smith, Esq.
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995


CARTER LEDYARD & MILBURN, LLP

By: */s/ Keith D. Nowak*
Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232

RALEY & BOWICK, LLP

By: */s/ Robert M. Bowick*
Robert M. Bowick
1800 Augusta Dr., Suite 300
Houston, TX 77057
Tel: (713) 429-8050
Fax: (713) 429-8045

*Counsel for Kaneka Corporation*