Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
          wsmith@vgeorgelaw.com

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

Attorneys for Plaintiff
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>              Plaintiff,<br><br>              -v-<br><br>XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation<br><br>              Defendants. | **Case No. CV 11-02389 MRP (SSx)**<br><br>**SCHEDULING ORDER**<br><br>**Date: May 7, 2013**<br><br>**Time: 1:30 pm**<br><br>**CTM: 12**<br><br>**Judge: Hon. Mariana R. Pfaelzer** |

It is hereby **ORDERED**, after consultation with the parties, that the following supplemental schedule will apply to the remainder of this case:

| 0 | May 7, 2013 | **Scheduling Conference** |
|---|---|---|
| 1 | 5/21/2013 | **26(a) Initial Disclosures Due** |
| 2 | 7/22/2013 | **Parties to make disclosure of asserted claims and preliminary infringement contentions & make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend infringement contentions.**<br><br>**Confidential disclosures to be served within 10 days after entry of an Agreed Protective Order.**<br><br>**Add new patents and/or claims for patents-in-suit. It is not necessary to file a motion to add additional patents or claims before this date. Thereafter, it is necessary to obtain leave of court to add patents or claims.** |
| 3 | 8/19/2013 | **Parties to serve preliminary invalidity contentions and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions.**<br><br>**Add any inequitable conduct or other unenforceability allegations to pleadings. Before this date, it is not necessary to file a motion for leave to add inequitable conduct or other unenforceability allegations to pleadings. Thereafter, it is necessary to obtain leave of court to add inequitable conduct or other unenforceability allegations to pleadings.** |
| 4 | 9/23/2013 | **Parties' exchange of proposed terms and claim elements needing construction.** |
| 5 | 10/21/2013 | **Parties' exchange of preliminary claim constructions and extrinsic evidence.** |

| | | |
|---|---|---|
| 6 | 11/11/2013 | **Filing of joint claim construction and pre-hearing statement.** |
| | | **Disclosure of parties' claim construction experts & service of Fed.R.Civ.P. 26(a)(2) materials** |
| 7 | 11/25/2013 | **Deadline for all parties to file amended pleadings (pre-claim construction). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It will be necessary to file a Motion for Leave to Amend after this deadline.)** |
| | | **Join additional parties. It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court to join additional parties.** |
| | | **NOTE: If the amendment would affect preliminary infringement contentions or preliminary invalidity contentions, a motion must be made irrespective of whether the amendment is made prior to this deadline.** |
| 8 | 12/16/2013 | **Responses to amended pleadings due.** |
| 9 | 12/16/2013 | **Discovery deadline on claim construction issues** |
| 10 | 1/06/2014 | **The party claiming patent infringement must serve and file a Claim Construction Opening Brief with its supporting evidence. The moving party is to provide the Court with 2 courtesy copies of tabbed and bound in a notebook containing their Opening Brief and exhibits as well as a disk or CD.** |
| 11 | 2/03/2014 | **Responsive Brief and supporting evidence due to party claiming patent infringement. The moving party is to provide the Court with two (2) courtesy copies of tabbed and bound in a notebook containing the Responsive Brief and exhibits as well as a disk or CD.** |

| | | |
|---|---|---|
| 12 | 2/24/2014 | **Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction. The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits tabbed and bound in a notebook as well as a disk or CD.**<br><br>**Parties to file a notice with the Court stating the estimated amount of time requested for the Claim Construction (Markman) Hearing. The Court will notify the parties if it is unable to accommodate this request.** |
| 13 | 3/10/2014 | **Parties to submit Claim Construction Chart in WordPerfect 8.0 (or higher) format.** |
| 14 | | Technology Tutorials, concerning technology involved in patent at issue, at Markman Hearing |
| 15 | | **Claim Construction (Markman) Hearing at _____ \_.m. at the United States District Court, _____ _____**<br><br>**Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents).** |
| 16 | 6/30/2014 | **Court's Decision on Claim Construction** (*Markman* Ruling) (Subject to Change) |
| 17 | 7/30/2014 | **Deadline for final infringement contentions and to amend pleadings on infringement claims** |
| 18 | 8/29/2014 | **Deadline for final invalidity contentions and to amend pleadings on invalidity claims**. |
| 19 | 9/14/2014 | **All parties furnish** documents and privilege logs **pertaining to willful infringement.** |
| 20 | 10/01/2014 | Deadline to amend pleadings on issues other than infringement and invalidity without leave of court. After this date, leave of court must be obtained. |
| 21 | 10/01/2014 | Date for **designation of expert witnesses on non-construction issues on which the party has the burden of proof** ("BOP") and **service of expert witness reports**.<br>[Refer to Fed. Rules of Civil Proc. for information required.] |

| 22 | 11/03/2014 | **Date for designation of responsive expert witnesses on non-claim construction issues on which party does *not* have BOP**, and **service of responsive expert witness reports**. [Refer to Fed. Rules of Civil Proc. for information required.] |
|---|---|---|
| 23 | 1/06/2015 | **Discovery Deadline on all issues.** |
| 24 | 2/02/2015 | **Dispositive and Non-Dispositive Motions and Briefing deadlines** |
| 25 | 3/16/2015 | **Responses to Dispositive and Non-Dispositive Motions** |
| 26 | 5/01/2015 | **Reply Brief on Dispositive and Non-Dispositive Motions** |
| 27 | 5/20/2015 | **Joint Pretrial Order** due including **all components** required by Local Rules and this Court's Procedures (such as witness lists, exhibit lists and copies of exhibits, and joint proposed jury instructions with citation to authority, and proposed verdict form). **Statement of Expected Length of Trial**: 5-10 days (~6 hours with jury per day). |
| 28 | 30 days before Trial | **Written notice due for request for daily transcript or real time reporting of trial proceedings**. |
| 29 | 30 days before Trial | **Video and Deposition Designations** due. Each party who proposes to offer a deposition by video must file a disclosure identifying the line and page numbers to be offered. All other parties will have **1 week** to file a response requesting **cross designation** line and page numbers to be included. Each party is responsible for **preparation of the final edited video** in accordance with their parties' designations and the Court's rulings on objections. |
| 30 | 15 days before Trial | **Motions in Limine due.** |
| 31 | 15 days before Trial | **Objections** to opponents' proposed witnesses, proposed exhibits, designated deposition testimony, and any other matters due. |
| 32 | 7 days before Trial | The **parties** are directed to confer and **advise the Court** about (a) which limine requests the parties agree to. |
| 33 | 3 days before Trial | 9:00 a.m. **Docket Call/ Final Pretrial Conference** at the United States District Court, _____ _____ |

5

| 34 | | **Mediation to be completed by this date**. The parties must select a mediator for this case. The parties and mediator must comply with the Central District of California ADR Rules. |
|---|---|---|
| 35 | Day 1 of Trial | 9:00 a.m. **JURY SELECTION** at the United States District Court |
| 36 | Day 1 of Trial _____ | **JURY TRIAL** (9:30 a.m.) commences, subject to Court's criminal docket |

SIGNED at Los Angeles, California, this ___ day of _____, 2013.

_____
**MARIANA R. PFAELZER**
**UNITED STATES DISTRICT COURT JUDGE**

6