| | |
|---|---|
| Victor L. George, State Bar No. 110504 | Robert M. Bowick Jr. |
| Wayne C. Smith, State Bar No. 112535 | RALEY & BOWICK, LLP |
| LAW OFFICES OF VICTOR L. GEORGE | 1800 Augusta Drive, STE 300 |
| 20355 Hawthorne Blvd., First Floor | Houston, Texas 77057 |
| Torrance, CA 90503 | Tel: (713) 429-8050 |
| Tel: (310) 698-0990 | Fax: (713) 429-8045 |
| Fax: (310) 698-0995 | E-mail: rbowick@raleybowick.com |
| E-mail: vgeorge@vgeorgelaw.com | |
| wsmith@vgeorgelaw.com | |

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

---

KANEKA CORPORATION, a Japanese corporation,

              Plaintiff,

              -*v*-

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation

              Defendants.

**Case No. CV 11-02389 MRP (SSx)**

**JOINT MOTION TO ENTER EXPEDITED *MARKMAN* <u>SCHEDULING ORDER</u>**

**Date: May 14, 2013**

**Judge: Hon. Mariana R. Pfaelzer**

1  Plaintiff Kaneka Corporation ("Kaneka") and Defendants Xiamen Kingdomway Group
2  Company ("XKGC"), Pacific Rainbow International Inc. ("PRI"), Maypro Industries, Inc.
3  ("Maypro"), and Shenzhou Biology & Technology Co., Ltd. ("Shenzhou"), respectfully move
4  this Court to enter the attached Agreed Expedited *Markman* Scheduling Order to reflect the
5  parties' respective deadlines through the claim construction phase of this case.

WHEREFORE, the Parties respectfully request that this Court enter the attached EXPEDITED *MARKMAN* SCHEDULING ORDER.

Respectfully Submitted,

Date: May 14, 2013

 /s/ Victor L. George
 /s/ Wayne C. Smith
Victor L. George and Wayne C. Smith,
Law Offices of Victor L. George
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
            wsmith@vgeorgelaw.com

 /s/ Keith D. Nowak
Keith D. Nowak, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

By: */s/ Robert M. Bowick*
Robert M. Bowick
RALEY & BOWICK, LLP
1800 Augusta Dr., Suite 300
Houston, TX 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
Email: rbowick@raleybowick.com

**Counsel for KANEKA CORPORATION**

2

Date: May 14, 2013                          Mei & Mark LLP

                                             /s/ Reece Nienstadt
                                            Reece Nienstadt
                                            818 18th. Street NW, Suite 410
                                            Washington, DC 20006
                                            Tel: 888-860-5678 x710
                                            Fax: 888-706-1173
                                            Email:  rnienstadt@meimark.com

                                            **Counsel for Xiamen Kingdomway Group Company and Pacific Rainbow International Inc.**


Date: May 14, 2013                          K&L Gates LLP

                                             /s/ Timothy P. Walker
                                            Timothy P. Walker
                                            Jas Dhillon
                                            Four Embarcadero Center, Suite 1200
                                            San Francisco, CA 94111
                                            415-882-8200
                                            Fax:415-882-8202
                                            Email: timothy.walket@klgates.com

                                            **Counsel for Shenzhou Biology Technology Co. Ltd.**


Date: May 14, 2013                          Keane & Beane, P .C.

                                             /s/ Edward F. Beane
                                            Edward F. Beane
                                            445 Hamilton Avenue
                                            White Plains, NY 10601
                                            914-946-4777
                                            Fax:914-946-6868
                                            Email: ebeane@kblaw.com

                                            **Counsel for Maypro Industries, Inc.**

**CERTIFICATE OF SERVICE**

  It is certified that on the 14rd of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

                LAW OFFICES OF VICTOR L. GEORGE

                By: */s/ Victor L. George*
                By: */s/ Wayne C. Smith*
                Victor L. George, Esq.
                Wayne C. Smith, Esq.
                Elvis Tran, Esq.
                20355 Hawthorne Blvd., First Floor
                Torrance, CA 90503
                Tel: (310) 698-0990
                Fax: (31 0) 698-0995

                CARTER LEDYARD & MILBURN, LLP

                By: */s/ Keith D. Nowak*
                Keith D. Nowak, Esq.
                2 Wall Street
                New York, NY 10005
                Tel: (212) 732-3200
                Fax: (212) 732-3232

                RALEY & BOWICK, LLP

                By: */s/ Robert M. Bowick*
                Robert M. Bowick
                1800 Augusta Dr., Suite 300
                Houston, TX 77057
                Tel: (713) 429-8050
                Fax: (713) 429-8045

                *Counsel for Kaneka Corporation*