| | |
|---|---|
| Victor L. George, State Bar No. 110504<br>Wayne C. Smith, State Bar No. 112535<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503<br>Tel: (310) 698-0990<br>Fax: (310) 698-0995<br>E-mail: vgeorge@vgeorgelaw.com<br>         wsmith@vgeorgelaw.com | Robert M. Bowick Jr.<br>RALEY & BOWICK, LLP<br>1800 Augusta Drive, STE 300<br>Houston, Texas 77057<br>Tel: (713) 429-8050<br>Fax: (713) 429-8045<br>E-mail: rbowick@raleybowick.com |

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>                              Plaintiff,<br><br>              -*v*-<br><br>XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation<br><br>                              Defendants. | **Case No. CV 11-02389 MRP (SSx)**<br><br>**EXPEDITED *MARKMAN*<br>SCHEDULING ORDER**<br><br>**Date: May 14, 2013**<br><br>**CTM: 12**<br><br>**Judge: Hon. Mariana R. Pfaelzer** |

It is hereby **ORDERED**, after consultation with the parties, that the following supplemental schedule will apply to the remainder of this case:

| | | |
|---|---|---|
| 1 | 5/21/2013 | **Amended Pleadings Due with Motions for Leave to Amend; and Rule 26(a) Initial Disclosures Due** |
| 2 | 5/31/2013 | **Parties' exchange of proposed terms and claim elements needing construction.** |
| 3 | 6/07/2013 | **Parties meet and confer on the proposed terms and claim elements needing construction.** |
| 4 | 6/14/2013 | **Parties exchange of claim constructions and extrinsic evidence.** |
| 5 | 6/28/2013 | **Parties Filing of their respective Opening *Markman* Briefs** |
| 6 | 7/12/2013 | **Parties Filing of their respective Responsive *Markman* Briefs** |
| 7 | 7/16/2013 | **Parties to submit Claim Construction Charts outline the parties respective claim interpretations in MS Word format** |
| 8 | 7/___/2013 | **Claim Construction (Markman) Hearing at _____ _.m. at the United States District Court, _____ _____** |

SIGNED at Los Angeles, California, this ___ day of _____, 2013.

_____
**MARIANA R. PFAELZER**
**UNITED STATES DISTRICT COURT JUDGE**