Lei Mei (SBN 240104)
Email: mei@meimark.com
Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173
[Additional counsel listed on signature page]

*Counsel for Defendants Xiamen Kingdomway Group Company and Pacific Rainbow International Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br>v.<br><br>ZHEJIANG MEDICINE CO., LTD., a Chinese corporation, ZMC-USA, L.L.C., a Texas corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese corporation, MAYPRO INDUSTRIES, INC., a New York corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese corporation,<br><br>Defendants. | Case No.: 2:11-cv-02389-MRP-SS<br><br>**DEFENDANT XIAMEN KINGDOMWAY GROUP COMPANY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES TO COMPLAINT, AND COUNTERCLAIMS**<br><br>Hearing Date: June 24, 2013<br>Hearing Time: 11:00 a.m.<br>Courtroom: 12<br><br>Hon. Mariana R. Pfaelzer<br><br>[DEMAND FOR JURY TRIAL] |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 24, 2013, at 11:00 a.m., before the Honorable Mariana R. Pfaelzer of the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, Defendant Xiamen Kingdomway Group Company ("XKGC") will, and hereby does, present this motion before this Court.

XKGC will, and hereby does, move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for an order granting XKGC leave to amend its Answer, Affirmative Defenses to Complaint, and Counterclaims.

The motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in support thereof; the pleadings, records, and papers on file in this action; oral argument of counsel; and any other matters properly before the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Xiamen Kingdomway Group Company ("XKGC") hereby moves, unopposed, for leave to amend its Answer, Affirmative Defenses to Complaint, and Counterclaims ("Answer").[1] XKGC's First Amended Answer, Affirmative Defenses to Complaint, and Counterclaims is attached hereto as Exhibit A.

Kaneka Corporation ("Kaneka") is the only opposing party in this case, and Kaneka has repeatedly stated that it consents to XKGC amending its Answer. *See* Joint Rule 26(f) Report (ECF Doc. #92), p. 5, ll. 18-21; Second Joint Status Report (ECF Doc. #79), p. 2, ll. 18-23.

XKGC's counsel contend that Kaneka's consent makes amending XKGC's Answer a matter of right. Fed. R. Civ. P. 15(a)(2) provides:

> [After the expiration of the time periods set forth in Rule 15(a)(1)], a party may amend its pleading only with the opposing party's written consent <u>or</u> the court's leave. The court should freely give leave when justice so requires.

(emphasis added). XKGC's counsel understands Rule 15(a)(2), by its use of the disjunctive "or," as providing that the opposing party's written consent obviates the necessity of the Court's leave.[2] Thus, XKGC's counsel believes that Fed. R. Civ. P. 15(a)(2) gives XKGC leave to amend its Answer as a matter of right with Kaneka's written consent, which XKGC has obtained.

However, if the Court disagrees with this reading of Rule 15(a)(2), then XKGC respectfully requests that the Court grant XKGC leave to amend its Answer

---

[1] By filing this motion for leave, XKGC does not concede that it should not be allowed to amend its Answer, Affirmative Defenses to Complaint, and Counterclaims as a matter of right pursuant to Fed. R. Civ. P. 15(a)(2).

[2] XKGC's counsel apologizes for neglecting to bring its contention regarding Fed. R. Civ. P. 15(a)(2) to the judge's attention at the scheduling hearing on May 7, 2013.

to add counterclaims. In view of Kaneka's consent, XKGC's amendment of its Answer would not unduly prejudice Kaneka.

The complaint in this case was filed on March 22, 2011. XKGC's original Answer was filed on July 6, 2011. Kaneka's letters at issue ("the Customer Letters") were sent from about June 20, 2011 to about July 18, 2011, at least about 3 months after the complaint and roughly coinciding with the filing of XKGC's Answer. Thus, XKGC did not have sufficient time to evaluate the impact and consequences of the Customer Letters for inclusion of counterclaims relating thereto in its Answer.

Moreover, if all of Kaneka's claims are dismissed with prejudice, XKGC reserves the right to withdraw all of its counterclaims without prejudice for the sake of expediting the resolution of this litigation.

Accordingly, XKGC requests that this Court grant leave for XKGC to amend its Answer, Affirmative Defenses to Complaint, and Counterclaims, and deem filed the "First Amended Answer, Affirmative Defenses to Complaint, and Counterclaims" attached as Exhibit A to this motion.

//

//

//

//

//

//

//

//

//

//

//

//

Dated: May 21, 2013

MEI & MARK LLP

/s/ Reece Nienstadt

Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
Lei Mei (SBN 240104)
Email: mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

Xiang Long (SBN 246629)
Email: xlong@meimark.com
MEI & MARK LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 310-887-1366
Facsimile: 310-564-2769

*Counsel for Defendants*
*Xiamen Kingdomway Group Company and*
*Pacific Rainbow International Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **DEFENDANT XIAMEN KINGDOMWAY GROUP COMPANY'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER, AFFIRMATIVE DEFENSES TO COMPLAINT, AND COUNTERCLAIMS** and **PROPOSED ORDER** were filed electronically, and pursuant to Civil L.R. 5-3.3, were served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on May 21, 2013.

/s/ Reece Nienstadt

Reece Nienstadt