| | |
|---|---|
| Victor L. George, State Bar No. 110504<br>Wayne C. Smith, State Bar No. 112535<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503<br>Tel: (310) 698-0990<br>Fax: (310) 698-0995<br>E-mail: vgeorge@vgeorgelaw.com<br>    wsmith@vgeorgelaw.com | Robert M. Bowick Jr.<br>RALEY & BOWICK, LLP<br>1800 Augusta Drive, STE 300<br>Houston, Texas 77057<br>Tel: (713) 429-8050<br>Fax: (713) 429-8045<br>E-mail: rbowick@raleybowick.com |

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>      Plaintiff,<br><br>      -v-<br><br>XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation<br><br>      Defendants. | **Case No. CV 11-02389 PA (SSx)**<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date: June 24, 2013<br>Hearing Time: 11:00 a.m.<br>Courtroom: 12<br><br>Hon. Mariana R. Pfaelzer |

7223880.1

1  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff Kaneka Corporation by and through its attorneys Carter Ledyard & Milburn LLP, will move this Court, before the Honorable Mariana R. Pfaelzer, United States District Court Judge, at the United States Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4701, on June 24, 2013 at 11:00 am for an Order pursuant to Rule 15(a) of the Federal Rules of Civil Procedure granting leave for Plaintiff to Amend its Complaint.

Dated: May 21, 2013

Respectfully Submitted,

/s/ Victor L. George
/s/ Wayne C. Smith

Victor L. George and Wayne C. Smith,
Law Offices of Victor L. George
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
         wsmith@vgeorgelaw.com

/s/ Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

/s/ Robert M. Bowick Jr.

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

*Counsel for Kaneka Corporation*

7223880.1

## CERTIFICATE OF SERVICE

It is certified that on the 21st of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Victor L. George
By: /s/ Wayne C. Smith

Victor L. George, Esq.
Wayne C. Smith, Esq.
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
          wsmith@vgeorgelaw.com

CARTER LEDYARD & MILBURN, LLP

By: /s/ Keith D. Nowak

Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

RALEY & BOWICK, LLP

/s/ Robert M. Bowick Jr.

Robert M. Bowick Jr.
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

*Counsel for Kaneka Corporation*

7223880.1