1  Victor L. George, State Bar No. 110504     Robert M. Bowick, Jr.
   LAW OFFICES OF VICTOR L. GEORGE          RALEY & BOWICK, LLP
2  20355 Hawthorne Blvd., First Floor         1800 Augusta Drive, Suite 300
3  Torrance, CA 90503                         Houston, TX 77057
   Tel: (310) 698-0990                        Tel: (713) 429-8050
4  Fax: (310) 698-0995                        Fax: (713) 429-8045
   E-mail: vgeorge@vgeorgelaw.com             E-mail: rbowick@raleybowick.com
5
6  Keith D. Nowak
   CARTER LEDYARD & MILBURN LLP
7  2 Wall Street
   New York, NY 10005
8  Tel: (212) 732-3200
   Fax: (212) 732-3232
9  E-mail: nowak@clm.com

10
11 Attorneys for Plaintiff /Counter-Defendant
   KANEKA CORPORATION

12                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**
13                              **WESTERN DIVISION**
   ------------------------------------------------------------x
14
15 KANEKA CORPORATION, a Japanese            :
   corporation,                              :
16                                           :
                     Plaintiff,              :   **Case No. 2:11-CV-02389 MRP- SS**
17                                           :
                     -v-                     :
18                                           :
                                             :   **STIPULATED SETTLEMENT**
19 XIAMEN KINGDOMWAY GROUP                   :   **AND DISMISSAL BETWEEN**
   COMPANY, a Chinese Corporation, PACIFIC   :   **KANEKA CORPORATION AND**
20 RAINBOW INTERNATIONAL INC., a             :   **MITSUBISHI GAS CHEMICAL**
   California Corporation, MITSUBISHI GAS    :   **COMPANY INC.**
21 CHEMICAL COMPANY, INC. a Japanese         :
   Corporation, MAYPRO INDUSTRIES, LLC., a   :
22 New York Corporation, and SHENZHOU        :
   BIOLOGY & TECHNOLOGY CO., LTD., a         :
23 Chinese Corporation                       :
24                                           :
                     Defendants.             :
25 ------------------------------------------------------------x
26

7229270.1

Plaintiff Kaneka Corporation ("Kaneka") and Defendant Mitsubishi Gas Chemical Company, Inc. Ltd ("MGC") hereby stipulate and request the Court to ORDER, ADJUDGE and DECREE:

1. That Kaneka and MGC have entered into a Settlement Agreement with an effective date of March 31, 2013;

2. That this Stipulated Settlement and Dismissal Order is referenced as Exhibit A to the Settlement Agreement;

3. That Defendant MGC shall be dismissed, with prejudice, from this Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees; and

4. That the Court maintains personal jurisdiction over the parties and subject matter of this lawsuit for the purpose of enforcing the Settlement Agreement between the parties and this Stipulated Settlement and Dismissal Order, and that the Central District of California is the proper venue for any enforcement action relating thereto.

7229270.1

1       IT IS SO STIPULATED,

2

3                                                       CARTER LEDYARD & MILBURN, LLP

4

5

6       Date: May 31, 2013            s/Keith D. Nowak/
                                                      Keith D. Nowak

7                                                       Attorneys for Plaintiff

8                                                       Kaneka Corporation

9

10                                               FISH & RICHARDSON, PC

11

12      Date: May 31, 2013            s/John B. Pegram/
                                                      John B. Pegram

13                                               Attorneys for Defendant
                                              Mitsubishi Gas Chemical Company, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

7229270.1