| | |
|---|---|
| Victor L. George, State Bar No. 110504 | Robert M. Bowick, Jr. |
| LAW OFFICES OF VICTOR L. GEORGE | RALEY & BOWICK, LLP |
| 20355 Hawthorne Blvd., First Floor | 1800 Augusta Drive, Suite 300 |
| Torrance, CA 90503 | Houston, TX 77057 |
| Tel: (310) 698-0990 | Tel: (713) 429-8050 |
| Fax: (310) 698-0995 | Fax: (713) 429-8045 |
| E-mail: vgeorge@vgeorgelaw.com | E-mail: rbowick@raleybowick.com |

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff /Counter-Defendant
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

-------------------------------------------------------------x

| | | |
|---|---|---|
| KANEKA CORPORATION, a Japanese corporation, | : | |
| | : | |
| Plaintiff, | : | **Case No. 2:11-CV-02389 MRP- SS** |
| | : | |
| -*v*- | : | |
| | : | **STIPULATED SETTLEMENT** |
| XIAMEN KINGDOMWAY GROUP | : | **AND DISMISSAL ORDER** |
| COMPANY, a Chinese Corporation, PACIFIC | : | **BETWEEN KANEKA** |
| RAINBOW INTERNATIONAL INC.,  a | : | **CORPORATION AND** |
| California Corporation, MITSUBISHI GAS | : | **MITSUBISHI GAS CHEMICAL** |
| CHEMICAL COMPANY, INC. a Japanese | : | **COMPANY INC.** |
| Corporation, MAYPRO INDUSTRIES, LLC., a | : | |
| New York Corporation, and SHENZHOU | : | |
| BIOLOGY & TECHNOLOGY CO., LTD., a | : | |
| Chinese Corporation | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

7229020.1

Plaintiff Kaneka Corporation ("Kaneka") and Defendant Mitsubishi Gas Chemical Company, Inc. Ltd ("MGC") hereby stipulate and request the Court to ORDER, ADJUDGE and DECREE:

1. That Kaneka and MGC have entered into a Settlement Agreement with an effective date of March 31, 2013;

2. That this Stipulated Settlement and Dismissal Order is referenced as Exhibit A to the Settlement Agreement;

3. That Defendant MGC shall be dismissed, with prejudice, from this Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees; and

4. That the Court maintains personal jurisdiction over the parties and subject matter of this lawsuit for the purpose of enforcing the Settlement Agreement between the parties and this Stipulated Settlement and Dismissal Order, and that the Central District of California is the proper venue for any enforcement action relating thereto.

IT IS SO ORDERED

Date:_____          _____
                                              The Honorable Mariana R. Pfaelzer

72229020.1

**CERTIFICATE OF SERVICE**

It is certified that on the 31st of May, 2013, a true and correct copy of the foregoing Stipulated Settlement and Dismissal between Kaneka Corporation and Mitsubishi Gas Chemical Company, Inc., along with a proposed Order, was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

CARTER LEDYARD & MILBURN, LLP

By: /s/ Keith D. Nowak

Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

*Counsel for Kaneka Corporation*

72229020.1