Victor L. George, State Bar No. 110504
Wayne C. Smith,  State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
        wsmith@vgeorgelaw.com

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------- X

KANEKA CORPORATION, a Japanese corporation,

                         Plaintiff,

            -v-

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC.,  a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation

                         Defendants.

------------------------------------------------------- X

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**Case No. CV 11-02389 MRP (SSx)**

**NOTICE OF SERVICE OF
KANEKA'S IDENTIFICATION OF
PROPOSED CLAIM TERMS
NEEDING CONSTRUCTION**

7229279.1

IN ACCORDANCE WITH the expedited *Markman* Scheduling Order dated May 15, 2013 (Doc.No. 98), Plaintiff Kaneka Corporation provides notice that on May 31, 2013, it served its Proposed Claim Terms Needing Construction on Defendants.

Dated: May 31, 2013

Respectfully Submitted,

/s/ Victor L. George

/s/Wayne C. Smith

Victor L. George and Wayne C. Smith,
Law Offices of Victor L. George
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
        wsmith@vgeorgelaw.com

/s/ Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

/s/ Robert M. Bowick Jr.

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

**Counsel for Kaneka Corporation**

2

7229279.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

It is certified that on the 31st of May, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Victor L. George
      By: /s/ Wayne C. Smith

Victor L. George, Esq.
Wayne C. Smith, Esq.
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
       wsmith@vgeorgelaw.com

CARTER LEDYARD & MILBURN, LLP

By: /s/  Keith D. Nowak

Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax:  (212) 732-3232
E-mail: nowak@clm.com

RALEY & BOWICK, LLP

/s/ Robert M. Bowick Jr.

Robert M. Bowick Jr.
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

**Counsel  for Kaneka Corporation**

3

7229279.1