# EXHIBIT A

# TO

# XKGC'S AND PRI'S OPPOSITION TO KANEKA'S AND MGC'S REQUEST FOR DISMISSAL OF MGC FROM THIS ACTION

Lei Mei (SBN 240104)
Email: mei@meimark.com
Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile:   888-706-1173
[Additional counsel listed on signature page]

*Counsel for Defendants Xiamen Kingdomway Group Company and Pacific Rainbow International Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation, | Case No.: 2:11-cv-02389-MRP-SS |
| Plaintiff, | **DECLARATION OF REECE NIENSTADT IN SUPPORT OF XKGC'S AND PRI'S OPPOSITION TO KANEKA'S AND MGC'S REQUEST FOR DISMISSAL OF MGC FROM THIS ACTION** |
| v. | |
| ZHEJIANG MEDICINE CO., LTD., a Chinese corporation, ZMC-USA, L.L.C., a Texas corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese corporation, MAYPRO INDUSTRIES, INC., a New York corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese corporation, | Hon. Mariana R. Pfaelzer |
| Defendants. | |

I, Reece Nienstadt (SBN 262411), hereby declare:

1. I am a partner of the law firm Mei & Mark LLP, counsel for Xiamen Kingdomway Group Company ("XKGC") and Pacific Rainbow International Inc. ("PRI") in this litigation.

2. I make this declaration in support of XKGC's and PRI's Opposition to Kaneka's and MGC's request for dismissal of MGC from this action (ECF Doc. #104).

3. By May 6, 2013, XKGC's and PRI's counsel had forwarded a draft version of the Protective Order that was eventually entered in this case to MGC's U.S. counsel, John Pegram, Esq.

4. MGC's U.S. counsel, John Pegram, Esq., had participated in drafting the Protective Order before MGC's settlement with Kaneka.

5. On May 6, 2013, MGC's U.S. counsel, John Pegram, Esq., informed the other parties that, because it is settling, MGC will not sign the Protective Order.

6. On May 6, 2013, understanding that MGC would not stipulate to the Protective Order in its entirety, I asked MGC's U.S. counsel, John Pegram, Esq., if MGC would at least allow the parties to have access to MGC's confidential information from the ITC proceeding for the purposes of this district court proceeding, where the parties' use of MGC's confidential information is subject to the Protective Order. The same day, Mr. Pegram informed me that he would ask MGC and that it would probably take a few days to get a response.

7. On May 10, 2013, MGC's U.S. counsel, John Pegram, Esq., conveyed the response from MGC, via its Japanese attorneys, that "MGC does not agree to let the parties use the CBI [(confidential business information)] of MGC from the ITC proceeding."

DECLARATION OF REECE NIENSTADT IN SUPPORT OF XKGC'S AND PRI'S
OPPOSITION TO KANEKA'S AND MGC'S REQUEST FOR
DISMISSAL OF MGC FROM THIS ACTION
CASE NO. 2:11-cv-02389-MRP-SS

8.     Based on reviewing a transcript of the hearing of May 7, 2013, I know that XKGC's and PRI's counsel, Xiang Long, Esq., raised the issue of XKGC's and PRI's counsel needing accessing to MGC's confidential information from the ITC proceeding, Inv. No. 337-TA-790, and MGC's stated unwillingness to sign the Protective Order.

9.     On May 10, 2013, I emailed MGC's U.S. counsel, John Pegram, Esq., stating, among other things, that "we will seek leave of court to obtain discovery from MGC before MGC can be dismissed from this district court case," and asking for MGC's position on the matter. MGC's counsel did not respond.

10.    Attached to this declaration as Exhibit B is a true and correct copy of the email that I sent to MGC's U.S. counsel, John Pegram, Esq., on May 10, 2013, and that is referred to in paragraph 9 above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 2nd day of June, 2013, in Washington, DC.


/s/ Reece Nienstadt
_____
Reece Nienstadt

- 2 -
DECLARATION OF REECE NIENSTADT IN SUPPORT OF XKGC'S AND PRI'S
OPPOSITION TO KANEKA'S AND MGC'S REQUEST FOR
DISMISSAL OF MGC FROM THIS ACTION
CASE NO. 2:11-cv-02389-MRP-SS