# EXHIBIT B

# TO

# XKGC'S AND PRI'S OPPOSITION TO KANEKA'S AND MGC'S REQUEST FOR DISMISSAL OF MGC FROM THIS ACTION

**Subject:** Re: Kaneka v. XKGC: Stipulated Protective Order
**From:** Reece Nienstadt <rnienstadt@meimark.com>
**Date:** 5/10/2013 2:22 PM
**To:** John Pegram <Pegram@fr.com>
**CC:** "Dhillon, Jas" <jas.dhillon@klgates.com>, 'Robert Bowick' <RBowick@raleybowick.com>, "'Nowak, Keith D.'" <Nowak@clm.com>, "'Beane, Edward F.'" <Ebeane@kblaw.com>, 'XKGC CDCal' <XKGC-Kaneka@meimark.com>, "timothy.walker@klgates.com" <timothy.walker@klgates.com>, Kaneka-MGC Archive <Kaneka-MGCArchive@fr.com>, Kaneka-MGC <Kaneka-MGC@fr.com>

John,

We note your client's position, but we need the documents from the ITC proceeding since they are highly relevant to this district court litigation. As you know, many of those documents (including the filings at the ITC) contain MGC's CBI as well as that of other parties. It would impose an undue burden on counsel for the remaining parties to attempt to redact MGC's CBI from those documents in this district court litigation. In addition, some of the CBI itself may be relevant in this district court case. Furthermore, just like the ITC's Protective Order, the Stipulated Protective Order in this district court case adequately protects MGC's CBI. Therefore, we will seek leave of court to obtain discovery from MGC before MGC can be dismissed from this district court case.

In view of this, please let us know MGC's position.

With best regards,
Reece

On 5/10/2013 12:30 PM, John Pegram wrote:

> Reece:
>
> I forwarded your request to MGC, via its Japanese attorneys. They have responded as follows, "MGC does not agree to let the parties use the CBI of MGC from the ITC proceeding."
>
> While the ITC Protective Order requires return of documents including CBI, most documents were produced electronically. I do not know how to return electrons. Accordingly, we will destroy all CBI from the ITC proceedings, and authorize counsel for the other parties to do the same with CBI of MGC.
>
> With best regards, John
>
> ### John B. Pegram - Senior Principal
>
> **Fish & Richardson P.C.** | 52nd Floor, 601 Lexington Avenue, New York, NY 10022-4611 | Tel.: 212-765-5070 | pegram@fr.com
>
> **From:** Reece Nienstadt [mailto:rnienstadt@meimark.com]
> **Sent:** Monday, May 06, 2013 6:12 PM
> **To:** John Pegram
> **Cc:** Dhillon, Jas; 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; timothy.walker@klgates.com; Kaneka-MGC Archive; Kaneka-MGC
> **Subject:** Re: Kaneka v. XKGC: Stipulated Protective Order
>
> John,

Would you at least agree for the parties to have access to MGC's CBI from the ITC proceeding for the purposes of the district court case under this PO, and provide such permission in writing?

With best regards,
Reece

On 5/6/2013 6:00 PM, John Pegram wrote:

> All:
>
> MGC is settling out of the case and will not be signing the Protective Order.
>
> Best to all, John
>
>
> John B. Pegram - Senior Principal
> Fish & Richardson P.C. | 52nd Floor, 601 Lexington Avenue, New York, NY 10022-4611 | Tel.: 212-765-5070 | pegram@fr.com
>
>
> ---
>
> **From:** Dhillon, Jas [mailto:jas.dhillon@klgates.com]
> **Sent:** Monday, May 06, 2013 4:07 PM
> **To:** 'Reece Nienstadt'; John Pegram
> **Cc:** 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; timothy.walker@klgates.com
> **Subject:** RE: Kaneka v. XKGC: Stipulated Protective Order
>
> All:
>
> Attached are Shenzhou's edits.
>
> I am not sure if we want to add a sentence about getting approval from third party suppliers prior to the cross use of any documents or information containing a supplier's confidential business information.  Let me know if you have any thoughts on this, but I was thinking such a statement should be included in Section 13.
>
> Other that these issues, Shenzhou approves of the current draft protective order.
>
> Thanks.
>
> Jas Dhillon
> **K&L Gates LLP**
> Four Embarcadero Center, Suite 1200
> San Francisco, CA 94111
> (415) 249-1047
> jas.dhillon@klgates.com
> www.klgates.com
>
>
> ---
>
> **From:** Reece Nienstadt [mailto:rnienstadt@meimark.com]
> **Sent:** Monday, May 06, 2013 11:15 AM
> **To:** John Pegram
> **Cc:** Dhillon, Jas; 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; Walker, Timothy
> **Subject:** Kaneka v. XKGC: Stipulated Protective Order
>
> **Counsel,**
>
> Would all of you please reply, confirming that you approve of the latest draft of the Stipulated Protective

Order (which is attached) and give us permission to file with your signature?

**John,**

In view of MGC's probably imminent dismissal from the case because of the settlement, would you please let me know <u>by 7pm EST today</u> that you approve of the attached Stipulated Protective Order and give us permission to file with your signature?

Thanks,
Reece

```
--
Reece Nienstadt
Attorney at Law
Mei & Mark LLP
888-860-5678 x710 (US Toll Free) | 202-567-6417 x710 (International)
888-706-1173 (Fax) | rnienstadt@meimark.com | www.meimark.com
Office Address: 818 18th Street NW, Suite 410, Washington, DC
Mailing Address: P.O. Box 65981, Washington, DC 20035-5981

---
This e-mail message is intended only for individual(s) to whom it is addressed and may contain
```

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at jas.dhillon@klgates.com.


*************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.(FR08-i203d)
*************************************************************************************************************