1  Timothy P. Walker (SBN 105001)
   timothy.walker@klgates.com
2  L. Howard Chen (SBN 257393)
   howard.chen@klgates.com
3  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
4  Jas Dhillon (SBN 252842)
   jas.dhillon@klgates.com
5  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
6  San Francisco, CA 94111
   Phone: (415) 882-8200
7  Fax:    (415) 882-8220

8  Matthew B. O'Hanlon (SBN 253648)
   matthew.ohanlon@klgates.com
9  K&L GATES LLP
   10100 Santa Monica Boulevard
10 Seventh Floor
   Los Angeles, CA  90067
11 Phone:  (310) 552-5000
   Fax:  (310) 552-5001

13 Attorneys for Defendant and
   Counterclaimant Shenzhou Biology
   and Technology Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEKA CORPORATION, a Japanese Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZHEJIANG MEDICINE CO., LTD., a Chinese Corporation, ZMC-USA, L.L.C., a Texas Corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation, <br><br> Defendants. | Case No. CV 11-02389-MRP(SS) <br><br> **DEFENDANT SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD.'S JOINDER IN DEFENDANTS XIAMEN KINGDOMWAY GROUP COMPANY'S AND PACIFIC RAINBOW INTERNATIONAL, INC.'S OPPOSITION TO KANEKA CORPORATION'S AND MITSUBISHI GAS CHEMICAL COMPANY, INC.'S REQUEST FOR DISMISSAL OF MITSUBISHI GAS CHEMICAL COMPANY, INC. FROM THIS ACTION** |

1  Defendant Shenzhou Biology & Technology Co., Ltd. ("Shenzhou") joins in Defendants Xiamen Kingdomway Group Company's ("XKGC's") and Pacific Rainbow International, Inc.'s ("PRI's") Opposition to Kaneka Corporation's ("Kaneka's") and Mitsubishi Gas Chemical Company's ("MGC's") Request for Dismissal of MGC from this Action ("Opposition") filed on June 3, 2013. Dkt. No. 106.

Defendant Shenzhou concurs with the factual and legal arguments set forth in XKGC's and PRI's Opposition as to why Kaneka's and MGC's request for MGC's dismissal from this action should be conditioned upon MGC's stipulation to the Protective Order entered on May 14, 2013. Dkt. Nos. 97 and 106. Defendant Shenzhou fully adopts and incorporates as its own the arguments and authorities set forth in XKGC's and PRI's Opposition. Dkt. No. 106.  Accordingly, Defendant Shenzhou respectfully requests that this Court make the dismissal of MGC from this litigation contingent on MGC's stipulation to the Protective Order entered on May 14, 2013. Dkt. No. 97.

K&L GATES LLP

Dated:  June 3, 2013        By: /s/ *Matthew B. O'Hanlon*
Timothy P. Walker
timothy.walker@klgates.com
L. Howard Chen
howard.chen@klgates.com
Harold H. Davis, Jr.
harold.davis@klgates.com
Jas Dhillon
jas.dhillon@klgates.com
Matthew B. O'Hanlon
matthew.ohanlon@klgates.com

Attorneys for Defendant and Counterclaimant Shenzhou Biology and Technology Co., Ltd.