| | |
|---|---|
| 1 | Timothy P. Walker (SBN 105001) |
| 2 | timothy.walker@klgates.com<br>L. Howard Chen (SBN 257393) |
| 3 | howard.chen@klgates.com<br>Harold H. Davis, Jr. (SBN 235552) |
| 4 | harold.davis@klgates.com<br>Jas Dhillon (SBN 252842) |
| 5 | jas.dhillon@klgates.com<br>K&L GATES LLP |
| 6 | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 7 | Phone: (415) 882-8200<br>Fax:    (415) 882-8220 |
| 8 | Matthew B. O'Hanlon (SBN 253648) |
| 9 | matthew.ohanlon@klgates.com<br>K&L GATES LLP |
| 10 | 10100 Santa Monica Boulevard<br>Seventh Floor |
| 11 | Los Angeles, CA  90067<br>Phone:  (310) 552-5000 |
| 12 | Fax:  (310) 552-5001 |
| 13 | Attorneys for Defendant and<br>Counterclaimant Shenzhou Biology |
| 14 | and Technology Co., Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | KANEKA CORPORATION, a Japanese Corporation, | Case No. CV 11-02389-MRP(SS) |
| 19 | Plaintiff, | **DEFENDANT SHENZHOU BIOLOGY** |
| 20 | v. | **& TECHNOLOGY CO., LTD.'S**<br>**JOINDER IN DEFENDANT MAYPRO** |
| 21 | ZHEJIANG MEDICINE CO., LTD., a Chinese Corporation, ZMC-USA, | **INDUSTRIES, INC.'S OPPOSITION**<br>**TO PLAINTIFF KANEKA** |
| 22 | L.L.C., a Texas Corporation, XIAMEN KINGDOMWAY GROUP | **CORPORATION'S MOTION FOR**<br>**LEAVE TO FILE AN AMENDED** |
| 23 | COMPANY, a Chinese Corporation, PACIFIC RAINBOW | **COMPLAINT** |
| 24 | INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS | |
| 25 | CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO | |
| 26 | INDUSTRIES, INC., a New York Corporation, and SHENZHOU | |
| 27 | BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation, | |
| 28 | Defendants. | |

1  Defendant Shenzhou Biology & Technology Co., Ltd. ("Shenzhou") joins in
2  Defendant Maypro Industries, Inc.'s ("Maypro's") Opposition to Plaintiff Kaneka
3  Corporation's ("Kaneka's") Motion for Leave to File an Amended Complaint
4  ("Opposition") filed on June 3, 2013. Dkt. No. 108.

5  Defendant Shenzhou concurs with the factual and legal arguments set forth in
6  Maypro's Opposition as to why the Court should deny Kaneka's Motion for Leave to
7  Amend its Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), which
8  seeks to add new claims to this lawsuit for infringement of its '340 Patent against
9  Maypro related to alleged distribution of CoEnzyme Q10 manufactured by Defendant
10 Shenzhou. Defendant Shenzhou fully adopts and incorporates as its own the arguments
11 and authorities set forth in Maypro's Opposition. Dkt. No. 108. Accordingly,
12 Defendant Shenzhou respectfully requests that this Court deny Kaneka's Motion for
13 Leave to Amend its Complaint to the extent that it seeks to add additional claims
14 against Maypro.

K&L GATES LLP

Dated: June 3, 2013                 By: /s/ *Matthew B. O'Hanlon*
                                    Timothy P. Walker
                                    timothy.walker@klgates.com
                                    L. Howard Chen
                                    howard.chen@klgates.com
                                    Harold H. Davis, Jr.
                                    harold.davis@klgates.com
                                    Jas Dhillon
                                    jas.dhillon@klgates.com
                                    Matthew B. O'Hanlon
                                    matthew.ohanlon@klgates.com

                                    Attorneys for Defendant and
                                    Counterclaimant Shenzhou Biology
                                    and Technology Co., Ltd.