UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Date: June 6, 2013

**CASE NO: CV 11-2389-MRP (SSx) KANEKA CORPORATION v. ZMC, LTD., ET AL.,**
===========================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Isabel Martinez | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                               None Present

**PROCEEDINGS:**    **(In Chambers)**

On May 31, 2013, Kaneka Corp. and Mitsubishi Gas Chemical Company, Inc. filed a stipulation for settlement and dismissal pursuant to FRCP 41(a).  On June 3, 2013, XKGC and PRI filed an opposition to Kaneka and MGC's request for dismissal of MGC from this action, citing concerns relating to access to MGC's confidential information regarding prior art, sales of Kaneka CoQ10 products, and other relevant information, stemming from a previous ITC proceeding. XKGC and PRI argue that MGC's dismissal from this action without its agreement to the terms of the Protective Order would entail the substantial burden of tasking the attorneys who appeared in the ITC proceeding with combing the documents from the ITC proceeding for portions of potentially confidential information from MGC and redacting them accordingly. Furthermore, XKGC and PRI cite difficulties in retrieving the ITC proceeding information by subpoena because MGC might fall outside the subpoena jurisdiction of this Court. Consequently, XKGC and PRI ask this Court to make dismissal of MGC from this litigation contingent on MGC's stipulation to the Protective Order entered May 14, 2013 (ECF Doc. #97).

The Court hereby orders Kaneka and MGC to file a joint reply to this opposition no later than Thursday, June 13, 2013.  The reply is limited to five pages.

MINUTES FORM 11                                         Initials of Deputy Clerk im
CIVIL - GEN