LINKS:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-02389-MRP-SS | Date | 6/7/13 |
|---|---|---|---|
| Title | Kaneka Corp. v. Zhejiang Medicine Co., Ltd. et al. | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | | |
|---|---|---|---|
| Isabel V. Martinez | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

### Pre-Markman Order

The opening and responsive claim construction briefs in this case are due on June 28, 2013, and July 12, 2013 respectively. The claim construction hearing is set for July 18, 2013, at 1:30 p.m.

The Court instructs the parties to limit the scope of this *Markman* proceeding to the following claim terms:

(1)      "inert gas atmosphere";

(2)      "sealed tank";

(3)      "culturing reduced coenzyme Q10 producing microorganisms ... to obtain microbial cells containing reduced coenzyme Q10 at a ratio of not less than 70 mole % among the entire coenzymes Q10";

(4)      "oxidizing thus-obtained reduced coenzyme Q10 to oxidized coenzyme Q10" and "oxidizing the extracted reduced coenzyme Q10 to oxidized coenzyme Q10"

IT IS SO ORDERED.