Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 112535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
　　　　 wsmith@vgeorgelaw.com

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Robert M. Bowick Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

Attorneys for Plaintiff
KANEKA CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------------ x
KANEKA CORPORATION, a Japanese corporation,

　　　　　　　　　Plaintiff,

　　　　　-v-

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation

　　　　　　　　　Defendants.
------------------------------------------------------------ X

Case No. CV 11-02389 PA (SSx)

**DECLARATION OF KEITH NOWAK IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Hearing Date: June 24, 2013
Hearing Time: 11:00 a.m.
Courtroom: 12

Hon. Mariana R. Pfaelzer

7234704.2

1. KEITH NOWAK, an attorney duly admitted to practice before the courts of the State of New York, and before this Court *pro hac vicie* by Order dated January 4, 2013, hereby declares the following to be true under the penalty of perjury:

1. I am a member of the law firm of Carter Ledyar & Milburn LLP, co-counsel for plaintiff Kaneka Corporation ("Keneka"). I submit this declaration in further support of Kaneka's Motion For Leave to Amend The Complaint pursuant to Fed. R. Civ. P. 15(a) (the "Motion") (Docket No. 102), and in response to Maypro Industries Inc.'s brief in opposition to the Motion, and the Declaration of Edward F. Beane (Docket No. 108), both dated June 3, 2013.

2. Attached hereto as Exhibit 1 **[Redacted]**.

3. Attached hereto as Exhibit 2 are a copies of e-mails dated May 13 and 14, 2013 between me and Jas Dhillon of the law firm K&L Gates LLP, counsel for defendant Shenzou Biology & Technology Co., Ltd.

/s/ Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

7234704.2

**CERTIFICATE OF SERVICE**

It is certified that on the 10th of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

LAW OFFICES OF VICTOR L. GEORGE

By: /s/ Victor L. George
By: /s/ Wayne C. Smith

Victor L. George, Esq.
Wayne C. Smith, Esq.
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
  wsmith@vgeorgelaw.com

CARTER LEDYARD & MILBURN, LLP

By: /s/ Keith D. Nowak

Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

RALEY & BOWICK, LLP

/s/ Robert M. Bowick Jr.

Robert M. Bowick Jr.
1800 Augusta Drive, STE 300
Houston, Texas 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

*Counsel for Kaneka Corporation*

3

7234704.2