# EXHIBIT 1

# [Redacted]

## Submitted to Chambers with Application to File Under Seal

7234868.1