# EXHIBIT 2

# Malaspina, Antonio

| | |
|---|---|
| **From:** | Dhillon, Jas <jas.dhillon@klgates.com> |
| **Sent:** | Tuesday, May 14, 2013 2:02 PM |
| **To:** | Nowak, Keith D. |
| **Cc:** | Nienstadt Reece; jas.dhillon@klgates.com; Walker, Timothy; Beane Edward F.; XKGC-Kaneka@meimark.com; rbowick@raleybowick.com |
| **Subject:** | RE: Amended Draft Proposed Expedited Scheduling Order |

Keith:

Shenzhou will adopt the same position as Maypro regarding Kaneka's proposed amendment. At this time, however, I am not sure Maypro has stated its position on Kaneka's proposed amendment.

As we have stated previously, Kaneka should dismiss Maypro from the C.D. Cal. action altogether if Kaneka's only remaining allegations against Maypro relate to the sale and/or distribution of Shenzhou accused product. In the event there is any judgment against Shenzhou (it is Shenzhou's position that no judgment against Shenzhou is appropriate because its process for producing oxidized CoQ10 does not infringe the '790 patent), that judgment would apply to all alleged Shenzhou accused product, including any Shenzhou accused product sold and/or distributed by Maypro.

As a practical matter, Kaneka has failed to explain the reason for amending its Complaint to add the proper Maypro party to the C.D. Cal. action. If I am missing something or do not understand Kaneka's reasoning for adding Maypro, please let me know so I can better understand exactly what Kaneka expects to get by adding Maypro that it could not already get with respect to Shenzhou.

Thanks.

Jas Dhillon
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1047
jas.dhillon@klgates.com
www.klgates.com


-----Original Message-----
From: Nowak, Keith D. [mailto:Nowak@clm.com]
Sent: Tuesday, May 14, 2013 10:33 AM
To: Dhillon, Jas
Cc: Nienstadt Reece; jas.dhillon@klgates.com; Walker, Timothy; Beane Edward F.; XKGC-Kaneka@meimark.com; rbowick@raleybowick.com
Subject: Re: Amended Draft Proposed Expedited Scheduling Order

Jas,

Kaneka does not object to Shenzhou moving to amend its Answer to add the same affirmative defenses asserted in the ITC. I assume Shenzhou will not object to Kaneka's motion to add the correct Maypro entity and allege that Maypro is the distributor for Shenzhou.

1

Keith


Keith

Sent from my iPad

On May 14, 2013, at 9:44 AM, "Dhillon, Jas" <jas.dhillon@klgates.com> wrote:

> Keith:
>
> You have approval to file on behalf of Shenzhou.
>
> Further, based on our prior discussions, it is Shenzhou's understanding that Kaneka does not object to Shenzhou moving for leave to amend its Answer to include all affirmative defenses asserted by Respondents in ITC 337-TA-790. If I am mistaken, please let me know immediately.
>
> Thank you.
>
> Jas Dhillon
> K&L Gates LLP
> Four Embarcadero Center, Suite 1200
> San Francisco, CA 94111
> (415) 249-1047
> jas.dhillon@klgates.com
> www.klgates.com
>
>
> -----Original Message-----
> From: Nowak, Keith D. [mailto:Nowak@clm.com]
> Sent: Monday, May 13, 2013 3:59 PM
> To: Nienstadt Reece; 'jas.dhillon@klgates.com'; Walker, Timothy; Beane Edward F.; XKGC-Kaneka@meimark.com
> Cc: rbowick@raleybowick.com
> Subject: Fwd: Amended Draft Proposed Expedited Scheduling Order
>
> Just a reminder that the Expedited Scheduling Order has to be filed tomorrow. I would appreciate your confirmation that there are no further changes.
>
> Thanks
>
> Keith
>
> Sent from my iPad
>
> Begin forwarded message:
>
> From: Robert Bowick
> <RBowick@raleybowick.com<mailto:RBowick@raleybowick.com>>
> Date: May 13, 2013, 10:06:24 AM PDT
> To: Robert Bowick

2

> <RBowick@raleybowick.com<mailto:RBowick@raleybowick.com>>, "Nowak,
> Keith D." <Nowak@clm.com<mailto:Nowak@clm.com>>, Reece Nienstadt
> <rnienstadt@meimark.com<mailto:rnienstadt@meimark.com>>, "Dhillon,
> Jas" <jas.dhillon@klgates.com<mailto:jas.dhillon@klgates.com>>,
> "Beane, Edward F." <Ebeane@kblaw.com<mailto:Ebeane@kblaw.com>>, "John
> Pegram (Pegram@fr.com<mailto:Pegram@fr.com>)"
> <Pegram@fr.com<mailto:Pegram@fr.com>>, XKGC CDCal
> <XKGC-Kaneka@meimark.com<mailto:XKGC-Kaneka@meimark.com>>
> Cc: Suzie Wilson
> <SWilson@raleybowick.com<mailto:SWilson@raleybowick.com>>
> Subject: RE: Amended Draft Proposed Expedited Scheduling Order
>
> Gentlemen,
>
> Attached please find the revisions to the proposed Expedited Markman scheduling order with the changes we discussed during Friday's conference call. Please review and confirm that you consent to file.
>
> ROBERT M. BOWICK
> Raley & Bowick LLP
> 1800 Augusta Drive, Suite 300
> Houston, Texas 77057
> (713) 429-8050
> (713) 429-8060 (direct)
> (713) 429-8045 (fax)
> RBowick@RaleyBowick.com<mailto:RBowick@RaleyBowick.com>
>

> This email is from a law firm, is intended only for the person or entity to which it is addressed, and may contain confidential and/or privileged material. Any review, retransmission, dissemination, disclosure or other use of, or taking any action in reliance upon, this information, by persons or entities other than the intended recipient is strictly prohibited. If you received this in error, please contact the sender by reply email and delete or destroy all copies of this email, including any attachments.
> ****************************************************
> IRS Circular 230 Information: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
> ****************************************************
> This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.
> ****************************************************
>
>
> This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jas.dhillon@klgates.com.
>
>
>

Case 2:11-cv-02389-MRP-SS   Document 114-3   Filed 06/10/13   Page 5 of 5   Page ID #:1048