# EXHIBIT B



Mitsubishi Gas Chemical Company, Inc.
October 2, 2012

## Withdrawal from the Coenzyme Q10 Business

Mitsubishi Gas Chemical Company, Inc. (MGC; Head Office: Chiyoda-ku, Tokyo; President: Kazuo Sakai) is withdrawing from the manufacture and sale of coenzyme Q10, a material for medicines and health food.

The company made the decision following a careful study of the feasibility of continuing its coenzyme Q10 business in line with the basic policies defined in the New Med-term Management Plan "MGC Will2014" introduced in FY2012, which call for the restructuring of loss-making businesses.

Since sales were launched in 1980, the MGC coenzyme Q10 business has been developed as a pillar of the Natural Gas Chemicals Company. However, the business has suffered losses due to excessive supply from overseas manufacturers and increases in production capacity at MGC and other domestic manufacturers. MGC also sees no future prospect for a return to profitability.

MGC will discontinue coenzyme Q10 production by the end of March 2013. The company will make adjustments in delivery to customers individually.

<u>Overview of the MGC coenzyme Q10 production facility</u>
　　Location of production facility: MGC Niigata Plant
　　Production capacity: 70 t/year
　　Production discontinued: end of March 2013

&lt;Inquiries&gt;
Corporate Communications Division Tel: +81-(0)3-3283-5041