EXHIBIT D

# John Pegram

**From:** John Pegram
**Sent:** Wednesday, March 06, 2013 8:39 PM
**To:** 'Lei Mei'
**Cc:** Kaneka-MGC; Kaneka-MGC Archive; Shenzhou_ITC790; Maypro_itc790@kblaw.com; XKGC-Kaneka@meimark.com; 'zmc-itc-790@mayerbrown.com' (zmc-itc-790@mayerbrown.com)
**Subject:** Kaneka CoQ10 Litigation

THIS MESSAGE CONTAINS CONFIDENTIAL BUSINESS INFORMATION

Lei et al:

Kaneka and MGC have a Confidential agreement in principle to settle their CoQ10 dispute. Therefore, we will not be further participating in CIG discussions (unless the settlement falls through).

With best regards, John

John B. Pegram - Senior Principal
Fish & Richardson P.C. | 52nd Floor, 601 Lexington Avenue, New York, NY 10022-4611 | Tel.: 212-765-5070 | pegram@fr.com