# EXHIBIT E

## John Pegram

| | |
|---|---|
| **From:** | John Pegram |
| **Sent:** | Monday, May 06, 2013 6:00 PM |
| **To:** | Dhillon, Jas; 'Reece Nienstadt' |
| **Cc:** | 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; timothy.walker@klgates.com; Kaneka-MGC Archive; Kaneka-MGC |
| **Subject:** | RE: Kaneka v. XKGC: Stipulated Protective Order |

All:

MGC is settling out of the case and will not be signing the Protective Order.

Best to all, John

John B. Pegram - Senior Principal
Fish & Richardson P.C. | 52nd Floor, 601 Lexington Avenue, New York, NY 10022-4611 | Tel.: 212-765-5070 | pegram@fr.com

---

**From:** Dhillon, Jas [mailto:jas.dhillon@klgates.com]
**Sent:** Monday, May 06, 2013 4:07 PM
**To:** 'Reece Nienstadt'; John Pegram
**Cc:** 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; timothy.walker@klgates.com
**Subject:** RE: Kaneka v. XKGC: Stipulated Protective Order

All:

Attached are Shenzhou's edits.

I am not sure if we want to add a sentence about getting approval from third party suppliers prior to the cross use of any documents or information containing a supplier's confidential business information. Let me know if you have any thoughts on this, but I was thinking such a statement should be included in Section 13.

Other that these issues, Shenzhou approves of the current draft protective order.

Thanks.

Jas Dhillon
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1047
jas.dhillon@klgates.com
www.klgates.com

1

**From:** Reece Nienstadt [mailto:rnienstadt@meimark.com]
**Sent:** Monday, May 06, 2013 11:15 AM
**To:** John Pegram
**Cc:** Dhillon, Jas; 'Robert Bowick'; 'Nowak, Keith D.'; 'Beane, Edward F.'; 'XKGC CDCal'; Walker, Timothy
**Subject:** Kaneka v. XKGC: Stipulated Protective Order

Counsel,

Would all of you please reply, confirming that you approve of the latest draft of the Stipulated Protective Order (which is attached) and give us permission to file with your signature?

John,

In view of MGC's probably imminent dismissal from the case because of the settlement, would you please let me know by 7pm EST today that you approve of the attached Stipulated Protective Order and give us permission to file with your signature?

Thanks,
Reece


--
Reece Nienstadt
Attorney at Law
Mei & Mark LLP
888-860-5678 x710 (US Toll Free) | 202-567-6417 x710 (International)
888-706-1173 (Fax) | rnienstadt@meimark.com | www.meimark.com
Office Address: 818 18th Street NW, Suite 410, Washington, DC
Mailing Address: P.O. Box 65981, Washington, DC 20035-5981

---

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at jas.dhillon@klgates.com.