Victor L. George, State Bar No. 110504
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel: (310) 698-0990
Fax: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com

Robert M. Bowick, Jr.
RALEY & BOWICK, LLP
1800 Augusta Drive, Suite 300
Houston, TX 77057
Tel: (713) 429-8050
Fax: (713) 429-8045
E-mail: rbowick@raleybowick.com

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff /Counter-Defendant
KANEKA CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

-------------------------------------------------------------x
KANEKA CORPORATION, a Japanese
corporation,

               Plaintiff,

             -*v*-

XIAMEN KINGDOMWAY GROUP
COMPANY, a Chinese Corporation, PACIFIC
RAINBOW INTERNATIONAL INC.,  a
California Corporation, MITSUBISHI GAS
CHEMICAL COMPANY, INC., a Japanese
Corporation, MAYPRO INDUSTRIES, INC., a
New York Corporation, and SHENZHOU
BIOLOGY & TECHNOLOGY CO., LTD., a
Chinese Corporation

              Defendants.
------------------------------------------------------------ X

:
:
:
:
: **Case No. CV 11-02389 MRP (SSx)**
:
:
:
:
: **STIPULATION TO REQUEST**
: **RESCHEDULING THE MARKMAN**
: **HEARING DATE**
:
:
:
:
:
:
:
:

7235684.1

Plaintiff Kaneka Corporation ("Kaneka") and Defendants Xiamen Kingdomway Group Company, Pacific Rainbow International Inc., Maypro Industries, Inc. and Shenzhou Biology & Technology Co., Ltd. (collectively "Defendants") hereby stipulate as follows:

WHEREAS, an Expedited Markman Scheduling Order has been entered in this case in which a Markman Hearing has been scheduled for July 18, 2013;

WHEREAS, a scheduling conflict has occurred for Kaneka Corporation's counsel regarding the Markman Hearing date of July 18, 2013,

WHEREAS, at the request of Kaneka Corporation' counsel, the Defendants have agreed to jointly request that the date for the Markman Hearing be moved to July 10 or 11, 2013.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that the Parties jointly request that the Markman Hearing date be moved to July 10 or 11, 2013, if permitted by the Court's Schedule.

7235684.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

K & L GATES LLP

Dated: June 12, 2013

/s/ Timothy P. Walker
Timothy P. Walker, Esq.
Attorneys for Defendant and
Counterclaimant Shenzhou Biology and
Technology Co., Ltd.

CARTER LEDYARD & MILBURN LLP

Dated: June 12, 2013

/s/ Keith D. Nowak
Keith D. Nowak, Esq.
Attorneys  for  Plaintiff Kaneka Corporation

MEI & MARK LLP

Dated: June 12, 2013

/s/ Lei Mei
Lei Mei, Esq.
Attorneys for  Defendants Xiamen
Kingdomway Group Company and Pacific
Rainbow International Inc.

KEANE & BEANE, P.C.

Dated: June 12, 2013

/s/ Edward F. Beane
Edward F. Beane, Esq.
Attorneys for  Defendant Maypro
Industries, Inc.

7235684.1

**<u>CERTIFICATE OF SERVICE</u>**

It is certified that on the 13th of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

/s/Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

4

7235684.1