1  Victor L. George, State Bar No. 110504  Robert M. Bowick, Jr.
   LAW OFFICES OF VICTOR L. GEORGE  RALEY & BOWICK, LLP
2  20355 Hawthorne Blvd., First Floor  1800 Augusta Drive, Suite 300
3  Torrance, CA 90503  Houston, TX 77057
   Tel: (310) 698-0990  Tel: (713) 429-8050
4  Fax: (310) 698-0995  Fax: (713) 429-8045
   E-mail: vgeorge@vgeorgelaw.com  E-mail: rbowick@raleybowick.com
5

6  Keith D. Nowak
7  CARTER LEDYARD & MILBURN LLP
   2 Wall Street
8  New York, NY 10005
   Tel:  (212) 732-3200
9  Fax: (212) 732-3232
   E-mail: nowak@clm.com
10

11 Attorneys for Plaintiff /Counter-Defendant
   KANEKA CORPORATION
12

13                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**
14

15 -------------------------------------------------------------x
   KANEKA CORPORATION, a Japanese            :
16 corporation,                              :
                                             :
17                         Plaintiff,        : **Case No. CV 11-02389 MRP (SSx)**
                                             :
18            -v-                            :
                                             :
19                                           :
   XIAMEN KINGDOMWAY GROUP                   : **[PROPOSED] ORDER TO**
20 COMPANY, a Chinese Corporation, PACIFIC   : **RESCHEDULE MARKMAN**
   RAINBOW INTERNATIONAL INC.,  a            : **HEARING DATE**
21 California Corporation, MITSUBISHI GAS    :
22 CHEMICAL COMPANY, INC., a Japanese        :
   Corporation, MAYPRO INDUSTRIES, INC., a   :
23 New York Corporation, and SHENZHOU        :
   BIOLOGY & TECHNOLOGY CO., LTD., a         :
24 Chinese Corporation                       :
                                             :
25                         Defendants.       :
   ------------------------------------------------------------ X
26

7235696.1

1    The Court having read and considered the stipulation between Plaintiff Kaneka Corporation ("Kaneka"), Defendants Xiamen Kingdomway Group Company, Pacific Rainbow International Inc., Maypro Industries, Inc. and Shenzhou Biology & Technology Co., Ltd. (collectively "Defendants") to reschedule the Markman Hearing date of July 18, 2013 to July ___, 2013, and finding good cause therefore, orders that:

The Markman Hearing Date is hereby rescheduled for July ___, 2013.

**IT IS SO ORDERED.**

Dated:_____, 2013

_____
Hon. Mariana R. Pfaelzer
United States District Court

7235696.1

**CERTIFICATE OF SERVICE**

It is certified that on the 13th of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

<u>/s/Keith D. Nowak</u>

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

7235696.1