| | |
|---|---|
| Victor L. George, State Bar No. 110504<br>Wayne C. Smith, State Bar No. 112535<br>LAW OFFICES OF VICTOR L. GEORGE<br>20355 Hawthorne Blvd., First Floor<br>Torrance, CA 90503<br>Tel: (310) 698-0990<br>Fax: (310) 698-0995<br>E-mail: vgeorge@vgeorgelaw.com<br>         wsmith@vgeorgelaw.com | Robert M. Bowick Jr.<br>RALEY & BOWICK, LLP<br>1800 Augusta Drive, STE 300<br>Houston, Texas 77057<br>Tel: (713) 429-8050<br>Fax: (713) 429-8045<br>E-mail: rbowick@raleybowick.com |

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

------------------------------------------------------------- x
KANEKA CORPORATION, a Japanese :
corporation, :
 :
                              Plaintiff, :     **Case No. CV 11-02389 MRP (SSx)**
 :
             -*v*- :     **NOTICE OF SERVICE OF**
 :     **KANEKA'S CLAIM**
XIAMEN KINGDOMWAY GROUP :     **CONSTRUCTION AND**
COMPANY, a Chinese Corporation, PACIFIC :     **IDENTIFICATION OF**
RAINBOW INTERNATIONAL INC., a :     **EXTRINSIC EVIDENCE**
California Corporation, MITSUBISHI GAS :
CHEMICAL COMPANY, INC., a Japanese :     **Date: June 14, 2013**
Corporation, MAYPRO INDUSTRIES, INC., a :
New York Corporation, and SHENZHOU :
BIOLOGY & TECHNOLOGY CO., LTD., a :     **Judge: Hon. Mariana R. Pfaelzer**
Chinese Corporation :
 :
                              Defendants. :
------------------------------------------------------------- x

1  Plaintiff Kaneka Corporation ("Kaneka") files this Notice to inform the Court that on
2  June 14, 2013, all parties of record were served with Kaneka's Claim Construction and
3  Identification of Extrinsic Evidence, through electronic service.
4
5  Dated: June 14, 2013.                                    Respectfully Submitted,
6
7                                                            /s/ Victor L. George
                                                             /s/ Wayne C. Smith
8                                                            Victor L. George and Wayne C. Smith,
                                                             Law Offices of Victor L. George
9                                                            20355 Hawthorne Blvd., First Floor
                                                             Torrance, CA 90503
10                                                           Tel: (310) 698-0990
                                                             Fax: (310) 698-0995
11                                                           E-mail: vgeorge@vgeorgelaw.com
                                                                     wsmith@vgeorgelaw.com
12
13
14                                                           /s/ Keith D. Nowak

15                                                           Keith D. Nowak, Esq.
                                                             CARTER LEDYARD & MILBURN LLP
16                                                           2 Wall Street
                                                             New York, NY 10005
17                                                           Tel:  (212) 732-3200
                                                             Fax: (212) 732-3232
18                                                           E-mail: nowak@clm.com

19
20                                                           /s/ Robert M. Bowick Jr.

21                                                           Robert M. Bowick Jr.
                                                             RALEY & BOWICK, LLP
22                                                           1800 Augusta Drive, STE 300
                                                             Houston, Texas 77057
23                                                           Tel: (713) 429-8050
                                                             Fax: (713) 429-8045
24                                                           E-mail: rbowick@raleybowick.com

25                                                           *Counsel for Kaneka Corporation*
26

**CERTIFICATE OF SERVICE**

It is certified that on the 14th of June, 2013, a true and correct copy of the foregoing document was served via electronic mail on the following individuals:

Lei Mei, Esq.
mei@meimark.com
MEI and MARK LLP
818 18th Street, NW, Suite 410
Washington, DC 20006
Counsel for Xiamen Kingdomway
Group Company and
Pacific Rainbow International Inc.

Timothy P. Walker, Esq.
Timothy.walker@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Counsel for Shenzhou Biology Technology Co. Ltd.

Edward F. Beane, Esq.
ebeane@kblaw.com
KEANE & BEANE, P.C.
445 Hamilton Avenue, 15th. Floor
White Plains, NY 10601
Counsel for Maypro Industries, Inc. and
Maypro Industries, LLC

/s/ Robert M. Bowick Jr.
Robert M. Bowick Jr.