| | |
|---|---|
| Victor L. George, State Bar No. 110504 | Robert M. Bowick, Jr. |
| LAW OFFICES OF VICTOR L. GEORGE | RALEY & BOWICK, LLP |
| 20355 Hawthorne Blvd., First Floor | 1800 Augusta Drive, Suite 300 |
| Torrance, CA 90503 | Houston, TX 77057 |
| Tel: (310) 698-0990 | Tel: (713) 429-8050 |
| Fax: (310) 698-0995 | Fax: (713) 429-8045 |
| E-mail: vgeorge@vgeorgelaw.com | E-mail: rbowick@raleybowick.com |

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff /Counter-Defendant
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

---------------------------------------------------------- x
KANEKA CORPORATION, a Japanese :
corporation, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff, 　　　　　　: **Case No. CV 11-02389 MRP (SSx)**
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　-v- 　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
XIAMEN KINGDOMWAY GROUP 　　　　: **ORDER TO RESCHEDULE**
COMPANY, a Chinese Corporation, PACIFIC : **MARKMAN HEARING DATE**
RAINBOW INTERNATIONAL INC.,  a 　　:
California Corporation, MITSUBISHI GAS 　:
CHEMICAL COMPANY, INC., a Japanese 　:
Corporation, MAYPRO INDUSTRIES, INC., a :
New York Corporation, and SHENZHOU 　 :
BIOLOGY & TECHNOLOGY CO., LTD., a 　:
Chinese Corporation 　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants. 　　　　　:
---------------------------------------------------------- X

7235696.1

1  The Court having read and considered the stipulation between Plaintiff Kaneka
2  Corporation ("Kaneka"), Defendants Xiamen Kingdomway Group Company, Pacific Rainbow
3  International Inc., Maypro Industries, Inc. and Shenzhou Biology & Technology Co., Ltd.
4  (collectively "Defendants") to reschedule the Markman Hearing date of July 18, 2013 to July
5  11, 2013, and finding good cause therefore, orders that:
6  The Markman Hearing Date is hereby rescheduled for July 11, 2013, at 1:30 p.m.

8  **IT IS SO ORDERED.**
9  Dated:  June 14, 2013

_____
Hon. Mariana R. Pfaelzer
United States District Court

## CERTIFICATE OF SERVICE

It is certified that on the 13th of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

/s/Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

7235696.1