| | |
|---|---|
| Victor L. George, State Bar No. 110504 | Robert M. Bowick, Jr. |
| LAW OFFICES OF VICTOR L. GEORGE | RALEY & BOWICK, LLP |
| 20355 Hawthorne Blvd., First Floor | 1800 Augusta Drive, Suite 300 |
| Torrance, CA 90503 | Houston, TX 77057 |
| Tel: (310) 698-0990 | Tel: (713) 429-8050 |
| Fax: (310) 698-0995 | Fax: (713) 429-8045 |
| E-mail: vgeorge@vgeorgelaw.com | E-mail: rbowick@raleybowick.com |

Keith D. Nowak
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

Attorneys for Plaintiff /Counter-Defendant
KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

----------------------------------------------------------------x
KANEKA CORPORATION, a Japanese corporation,

                Plaintiff,

                -v-

XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation

                Defendants.
---------------------------------------------------------- X

**Case No. CV 11-02389 MRP (SSx)**

**STIPULATION TO REQUEST A REVISED BRIEFING SCHEDULE FOR THE REVISED MARKMAN HEARING DATE**

7235684.1

1   Plaintiff Kaneka Corporation ("Kaneka") and Defendants Xiamen Kingdomway Group
2   Company, Pacific Rainbow International Inc., Maypro Industries, Inc. and Shenzhou Biology &
3   Technology Co., Ltd. (collectively "Defendants") hereby stipulate as follows:

5   WHEREAS, the Court, on June 17, 2013, granted the Parties stipulated request to
6   reschedule the Markman Hearing date from July 18, 2013 to July 11, 2013;

8   WHEREAS, the parties have agreed to jointly request a revised briefing schedule in the
9   Expedited Markman Scheduling Order to accommodate the revised date for the Markman
10  hearing;.

12  THEREFORE IT IS HEREBY STIPULATED AND AGREED that the Parties jointly
13  request that deadlines 5, 6 and 7 in the Expedited Markman Scheduling Order be changed to
14  6/26/13 for deadline 5, 7/5/13 for deadline 6 and 7/9/13 for deadline 7.

K & L GATES LLP

Dated: June 18, 2013

/s/ Timothy P. Walker
Timothy P. Walker, Esq.
Attorneys for Defendant and
Counterclaimant Shenzhou Biology and
Technology Co., Ltd.

CARTER LEDYARD & MILBURN LLP

Dated: June 18, 2013

/s/ Keith D. Nowak
Keith D. Nowak, Esq.
Attorneys for Plaintiff Kaneka Corporation

///
///
///

7235684.1

|   |   |   |
|---|---|---|
| 1 |  | MEI & MARK LLP |
| 2 | Dated: June 18, 2013 | /s/ Lei Mei |
| 3 |  | Lei Mei, Esq.<br>Attorneys for Defendants Xiamen |
| 4 |  | Kingdomway Group Company and Pacific<br>Rainbow International Inc. |
| 5 |  |  |
| 6 |  | KEANE & BEANE, P.C. |
| 7 | Dated: June 18, 2013 | /s/ Edward F. Beane |
| 8 |  | Edward F. Beane, Esq.<br>Attorneys for Defendant Maypro |
| 9 |  | Industries, Inc. |

7235684.1

**CERTIFICATE OF SERVICE**

It is certified that on the 18th of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such a filing to all attorneys of record.

/s/Keith D. Nowak

Keith D. Nowak, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel:  (212) 732-3200
Fax: (212) 732-3232
E-mail: nowak@clm.com

7235684.1