Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone:  888-860-5678
Facsimile:   888-706-1173

[Additional counsel listed on signature page]

*Counsel for Defendant and Counterclaimant Xiamen Kingdomway Group Company and Defendant Pacific Rainbow International Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>        Plaintiff,<br>   v.<br><br>ZHEJIANG MEDICINE CO., LTD., a Chinese corporation, ZMC-USA, L.L.C., a Texas corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese corporation, MAYPRO INDUSTRIES, INC., a New York corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese corporation,<br><br>        Defendants. | Case No.: 2:11-cv-02389-MRP-SS<br><br>**XKGC'S, PRI'S, AND SHENZHOU'S NOTICE OF LODGING PROPOSED ORDER DISMISSING MGC FROM THIS ACTION** |

TO THE CLERK OF COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Court's order dated June 24, 2013 (ECF Doc. #128), defendants Xiamen Kingdomway Group Company ("XKGC"), Pacific Rainbow International Inc. ("PRI"), and Shenzhou Biology & Technology Co., Ltd. ("Shenzhou") hereby lodge the attached Proposed Order for consideration and entry by the Court.

Dated: June 28, 2013             MEI & MARK LLP

/s/ Reece Nienstadt
_____
Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
Lei Mei (SBN 240104)
Email: mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone:   888-860-5678
Facsimile:    888-706-1173

Xiang Long (SBN 246629)
Email: xlong@meimark.com
MEI & MARK LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone:   310-887-1366
Facsimile:    310-564-2769

*Counsel for Defendant and Counterclaimant Xiamen Kingdomway Group Company and Defendant Pacific Rainbow International Inc.*

| | |
|---|---|
| Dated: June 28, 2013 | K&L GATES LLP |
| | /s/ Jas Dhillon |
| | _____ |
| | Timothy P. Walker (SBN 105001) |
| | Email: timothy.walker@klgates.com |
| | L. Howard Chen (SBN 257393) |
| | Email: howard.chen@klgates.com |
| | Harold H. Davis, Jr. (SBN 235552) |
| | Email: harold.davis@klgates.com |
| | Jas Dhillon (SBN 252842) |
| | Email: jas.dhillon@klgates.com |
| | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| | Phone: (415) 882-8200 |
| | Fax:    (415) 882-8220 |
| | |
| | Matthew B. O'Hanlon (SBN 253648) |
| | Email: matthew.ohanlon@klgates.com |
| | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| | Seventh Floor |
| | Los Angeles, CA  90067 |
| | Phone:  (310) 552-5000 |
| | Fax:     (310) 552-5001 |
| | |
| | *Counsel for Defendant and Counterclaimant Shenzhou Biology & Technology Co., Ltd.* |

# CERTIFICATE OF SERVICE

The undersigned certifies that **XKGC'S, PRI'S, AND SHENZHOU'S NOTICE OF LODGING PROPOSED ORDER DISMISSING MGC FROM THIS ACTION** and the **PROPOSED ORDER** were filed electronically pursuant to Local Rule 5-4.1, and were served on all counsel of record registered with ECF via ECF electronic service, pursuant to Local Rule 5-3.2, on June 28, 2013.

/s/ Reece Nienstadt
_____
Reece Nienstadt