Reece Nienstadt (SBN 262411)
Email: rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone:   888-860-5678
Facsimile:    888-706-1173

[Additional counsel listed on signature page]

*Attorneys for Defendant and Counterclaimant*
*Xiamen Kingdomway Group Company and*
*Defendant Pacific Rainbow International Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEKA CORPORATION, a Japanese Corporation, | Case No. 2:11-cv-02389-MRP-SS |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | Hon. Mariana R. Pfaelzer |
| ZHEJIANG MEDICINE CO., LTD., a Chinese Corporation, ZMC-USA, L.L.C., a Texas Corporation, XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT on July 5, 2013, Defendants Xiamen

3  Kingdomway Group Company ("XKGC") and Pacific Rainbow International Inc.

4  ("PRI") will be manually filing the following documents with the Court pursuant to

5  Central District of California Local Rule 79-5:

6      1.   DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

7      2.   DEFENDANTS XKGC'S AND PRI'S APPLICATION TO FILE
8           DOCUMENTS UNDER SEAL

9      3.   [PROPOSED] ORDER GRANTING DEFENDANTS XKGC'S AND
            PRI'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

10

11

12                          **MEI & MARK LLP**

13  Dated: July 5, 2013                /s/ Reece Nienstadt
                                       Lei Mei (SBN 240104)
14                                     Email: mei@meimark.com
                                       Reece Nienstadt (SBN 262411)
15                                     Email: rnienstadt@meimark.com
                                       P.O. Box 65981
16                                     Washington, DC 20035-5981
                                       Telephone: 888-860-5678
17                                     Facsimile: 888-706-1173

18

19

20

21

22

23

24

25

26

27

28

1   Xiang Long (SBN 246629)
2   Email: xlong@meimark.com
    Manni Li (SBN 273984)
3   Email: mli@meimark.com
4   MEI & MARK LLP
    433 North Camden Drive, Suite 400
5   Beverly Hills, CA 90210
6   Telephone: 310-887-1366
    Facsimile: 310-564-2769
7
8   *Attorneys for Defendant and Counterclaimant*
    *Xiamen Kingdomway Group Company and*
9   *Defendant Pacific Rainbow International Inc.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF MANUAL FILING** was filed electronically, and pursuant to Civil L.R. 5-3.3, was served on all interested parties in this action (i.e., served to registered ECF recipients via ECF electronic service) on July 5, 2013.

/s/ Reece Nienstadt

_____

Reece Nienstadt