1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
9 **WESTERN DIVISION**
10

| | |
|---|---|
| KANEKA CORPORATION,<br>     Plaintiff,<br>    v.<br>ZHEJIANG MEDICINE CO., LTD., ZMC-USA, L.L.C., XIAMEN KINGDOMWAY GROUP COMPANY, PACIFIC RAINBOW INTERNATIONAL INC., MITSUBISHI GAS CHEMICAL COMPANY, INC., MAYPRO INDUSTRIES, INC., and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD.,<br>     Defendants. | Case No. 2:11-CV-2389-MRP (SSx)<br><br>**JUDGMENT** |

1  The Court, having (1) granted-in-part Defendants Xiamen Kingdomway Group Company ("XKGC") and Pacific Rainbow International Inc.'s ("PRI") Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,910,340 ("'340 Patent") on December 6, 2013 (Dkt. No. 310); (2) granted-in-part Defendant Shenzhou Biology & Technology Co., Ltd.'s ("Shenzhou") Motion for Summary Judgment of Noninfringement of the '340 Patent on December 6, 2013 (Dkt. No. 311); (3) denied Plaintiff Kaneka Corporation's ("Kaneka") Motion for Summary Judgment of Validity of the '340 Patent as moot and dismissed the counterclaims of Shenzhou, XKGC, and PRI (hereinafter collectively referred to as "Defendants") for a Declaratory Judgment of Invalidity of the '340 Patent and a Declaratory Judgment of Unenforceability of the '340 Patent as moot on February 24, 2014 (Dkt. No. 313); and (4) granted Kaneka's Motion for Summary Judgment Dismissing XKGC's Counterclaims Three Through Nine on February 25, 2014 (Dkt. No. 314),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Kaneka's Amended Complaint, and each and every claim alleged therein, is dismissed with prejudice as to Shenzhou, XKGC, and PRI;

2. Defendants' counterclaims for Declaratory Judgment of Invalidity and Unenforceability of the '340 Patent are dismissed without prejudice as moot;

3  Judgment is entered in favor of Shenzhou, XKGC, and PRI, and against Kaneka, as to the Amended Complaint;

4. Kaneka shall recover nothing in this action as to Shenzhou, XKGC, and PRI; and

5. Shenzhou, XKGC, and PRI shall be entitled to recover their costs pursuant to the procedures set forth in Local Rule 54-1 through 54-9.


1    IT IS SO ORDERED.

3    DATED: March 27, 2014

_____
Hon. Mariana R. Pfaelzer
United States District Judge