1  Adrian M. Pruetz – State Bar No. 118215
   apruetz@glaserweil.com
2  Charles C. Koole – State Bar No. 259997
   ckoole@glaserweil.com
3  GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
4  10250 Constellation Blvd., 19th Floor
5  Los Angeles, CA 90067
   Tel: (310) 553-3000
6  Fax: (310) 556-2920

   Robert M. Bowick Jr.
   rbowick@raleybowick.com
   RALEY & BOWICK, LLP
   1800 Augusta Drive, Ste. 300
   Houston, TX 77057
   TEL: (713) 429-8050
   Fax: (713) 429-8045

7  Keith D. Nowak
   nowak@clm.com
8  Carter Ledyard & Milburn LLP
   2 Wall Street
9  New York, NY 10005
   Tel: (212) 732-3200
10 Fax: (212) 732-3232

11 Counsel for Plaintiff
12 KANEKA CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation, <br><br>                    Plaintiff, <br>            -v- <br><br> XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese Corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, MITSUBISHI GAS CHEMICAL COMPANY, INC., a Japanese Corporation, MAYPRO INDUSTRIES, INC., a New York Corporation, and SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese Corporation, SOJITZ CORPORATION OF AMERICA, a New York corporation, and ROCHEM INTERNATIONAL, INC., a New York Corporation <br>                    Defendants. | Case No. CV 11-02389 SJO (SS) <br><br> Hon. Judge S. James Otero <br><br> **PLAINTIFF KANEKA CORPORATION'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO PRECLUDE ADMISSION OF PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF SHIRLEY WEBSTER** <br><br> Hearing Date: March 13, 2017 <br> Hearing Time: 9:00 a.m. <br> Courtroom: 10C (1st Street Courthouse) |

7895825.1

# KANEKA CORPORATION'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1

PLEASE TAKE NOTICE that at 9:00 a.m. on March 13, 2017, or as soon thereafter as counsel may be heard, Plaintiff Kaneka Corporation ("Kaneka") will, and hereby does, move this Court, Honorable S. James Otero presiding, for an order *in limine* precluding Defendants from presenting certain testimony of Shirley Webster. Such evidence should be excluded because it does not meet the requirements for admissibility of expert testimony pursuant to Federal Rule of Evidence 702.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently-filed Declaration of Gerald W. Griffin, the pleadings and other papers on file in this action, and such argument and other matters as may be presented at the time of the hearing. This motion is made following the conference of counsel pursuant to L.R.7-3 which took place on December 22, 2016. Griffin Decl. at ¶2.

DATED:    December 30, 2016        /s/ Keith D. Nowak
                                    Keith D. Nowak
                                    Gerald W. Griffin
                                    CARTER LEDYARD & MILBURN LLP
                                    2 Wall Street, New York, NY 10005
                                    Phone: (212) 238-8610
                                    nowak@clm.com

                                    Robert M. Bowick
                                    RALEY & BOWICK, L.P.
                                    1800 Augusta Dr., Suite 300
                                    Houston, Texas 77057
                                    Phone: (713) 429-8050
                                    Fax: (713) 429-8045
                                    rbowick@raleybowick.com

7895825.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Charles C. Koole
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Tel:  (310) 553-3000
Fax: (310) 556 2920
apruetz@glaserweil.com
ckoole@glaserweil.com

*ATTORNEYS FOR PLAINTIFF*
*KANEKA CORPORATION*

7895825.1