JS-6

FILED
CLERK, U.S. DISTRICT COURT

April 20, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANEKA CORPORATION, a Japanese corporation,<br><br>Plaintiff,<br><br>v.<br><br>XIAMEN KINGDOMWAY GROUP COMPANY, a Chinese corporation, PACIFIC RAINBOW INTERNATIONAL INC., a California Corporation, SHENZHOU BIOLOGY & TECHNOLOGY CO., LTD., a Chinese corporation, SOJITZ CORPORATION OF AMERICA, a New York corporation, and ROCHEM INTERNATIONAL, INC., a New York corporation,<br><br>Defendants. | CASE NO.: 11-cv-02389 SJO (SSx)<br><br>Hon. S. James Otero<br><br>**STIPULATED FINAL JUDGMENT OF NON-INFRINGEMENT BY KANEKA CORPORATION**<br><br>Pretrial Conference: April 12, 2018<br>Time: 9:00am<br><br>Trial Date: April 17, 2018<br><br>Courtroom: 10C |

# FINAL JUDGMENT OF NON-INFRINGEMENT

Before the Court is the Stipulation For Entry Of Final Judgment Of Non-Infringement filed by Plaintiff Kaneka Corporation ("Kaneka"). Based on Kaneka's stipulation, and good cause appearing, Kaneka's stipulation is APPROVED and SO ORDERED. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Final Judgment of Non-Infringement of U.S. Patent No. 7,910,340 is entered against Kaneka and for declaratory judgment Defendants Xiamen Kingdomway Group Company ("Kingdomway") and Pacific Rainbow International, Inc. ("Pacific Rainbow"); and

2. All other claims, counterclaims, defenses, or other matters which have been asserted (except for any claim(s) or motion(s) relating to an "exceptional case" determination pursuant to 35 U.S.C. § 285 or other bases for the award of attorneys' fees and/or costs, the timing of which is governed by Fed. R. Civ. P. 54(d)(1) and (2), and Fed. R. Civ. P. 58(e)) are hereby DISMISSED WITHOUT PREJUDICE.

DATED: April 20, 2018

By: *S. James Otero*
Hon. S. James Otero
United States District Judge

1474755

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Rex Hwang
Rex Hwang